NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

    VS.

Criminal Number   1:08-cr-00231-EGS

THEODORE F. STEVENS,
      (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Robert M. Cary (#431815)
*(Attorney & Bar ID Number)*

Williams & Connolly, LLP
*(Firm Name)*

725 Twelfth Street, N.W.
*(Street Address)*

Washington, DC  20005
*(City)*      *(State)*      *(Zip)*

(202) 434-5000
*(Telephone Number)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August 2008, I caused a copy of the

foregoing Appearance for Defendant Theodore F. Stevens to be served electronically

on:

brenda.morris@usdoj.gov
edward.sullivan@usdoj.gov
nicholas.marsh@usdoj.gov

and by first class mail, postage prepaid, to:

James A. Goeke
Joseph W. Bottini
U.S. Attorney's Office
District of Alaska
222 West Seventh Avenue
Federal Building & U.S. Courthouse
Anchorage, AK  99513-7567

Robert M. Cary