**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 08-231 (EGS) |
| ) | |
| THEODORE F. STEVENS, ) | |
| ) | |
| Defendant. ) | |

**JOINT PRE-TRIAL SUBMISSION**

As ordered by the Court, counsel have conferred in good faith regarding additional pre-trial or trial procedures that may be appropriate to aid in the fair and efficient administration of this trial. Counsel have conferred regarding the following issues and report as follows.

1. <u>18 U.S.C. § 3500 Material</u>. The government has agreed to provide § 3500 material at least 24 hours before a witness testifies.[1/] The defense has agreed to do the same. This does not supersede the government's obligations under <u>Brady v. Maryland</u> and its progeny.

2. <u>Daily Transcripts</u>. The parties have agreed to share the cost of daily transcripts.

3. <u>Juror Questionnaire</u>. The parties have agreed that a written juror questionnaire is appropriate in this case. Counsel are attempting to reach agreement on a form of questionnaire and upon doing so, will submit the agreed upon questionnaire to the Court for its

---

[1/] The defense has requested that § 3500 material be provided as soon as possible so that the trial may proceed without interruption.

review.  If counsel are unable to agree on a form of questionnaire, they will present respective proposals to the Court in "Word" format by no later than August 18, 2008.

      4.    <u>Stipulations</u>.  Counsel are working on a form of stipulation regarding authenticity of documents produced by Senator Stevens.  Counsel are also working on a stipulation regarding authenticity of bank records.

Respectfully submitted,

| By: | /s/ Robert M. Cary | By: | /s/ Brenda K. Morris |
|---|---|---|---|
| | Brendan V. Sullivan, Jr. (Bar No. 12757) | | Brenda K. Morris, Esq. |
| | Robert M. Cary (Bar No. 431815) | | Nicholas A. Marsh, Esq. |
| | Williams & Connolly LLP | | Edward P. Sullivan, Esq. |
| | 725 Twelfth Street, N.W. | | U. S. Department of Justice |
| | Washington, D.C. 20005 | | 1400 New York Avenue, N.W. |
| | (202) 434-5000 | | 12th Floor |
| | (202) 434-5029 (facsimile) | | Washington, DC 20005 |

                                                           James A. Goeke
                                                           Joseph W. Bottini
                                                            U.S. Attorney's Office
                                                             District of Alaska
                                                             222 West Seventh Avenue
                                                             Federal Building & U.S. Courthouse
                                                             Anchorage, AK  99513-5767

Date: August 11, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August 2008, I caused a copy of the foregoing Joint Pre-Trial Submission to be served electronically on:

brenda.morris@usdoj.gov
nicholas.marsh@usdoj.gov
edward.sullivan@usdoj.gov
james.goeke@usdoj.gov
joe.bottini@usdoj.gov

/s/ Robert M. Cary

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August 2008, I caused a copy of the foregoing Joint Pre-Trial Submission to be served electronically on:

brenda.morris@usdoj.gov
nicholas.marsh@usdoj.gov
edward.sullivan@usdoj.gov
james.goeke@usdoj.gov
joe.bottini@usdoj.gov

/s/ Robert M. Cary