NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                       Criminal Number  1:08-cr-00231-EGS

**THEODORE F. STEVENS,**
   (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ■ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Alex G. Romain (#468508)
*(Attorney & Bar ID Number)*

Williams & Connolly LLP
*(Firm Name)*

725 Twelfth Street, N.W.
*(Street Address)*

Washington, DC  20005
*(City)   (State)   (Zip)*

(202) 434-5000
*(Telephone Number)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August 2008, I caused a copy of the foregoing Appearance for Defendant Theodore F. Stevens to be served electronically on:

>   brenda.morris@usdoj.gov
>   edward.sullivan@usdoj.gov
>   nicholas.marsh@usdoj.gov

and by first class mail, postage prepaid, to:

>   James A. Goeke
>   Joseph W. Bottini
>   U.S. Attorney's Office
>   District of Alaska
>   222 West Seventh Avenue
>   Federal Building & U.S. Courthouse
>   Anchorage, AK 99513-7567

Alex G. Romain