## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-CR-231 (EGS) |
| | ) | |
| THEODORE F. STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

### PROPOSED JOINT JUROR QUESTIONNAIRES

As directed in its August 7, 2008 First Amended Pretrial Order, the United States of America, by and through its undersigned attorneys, and counsel for Senator Theodore F. Stevens ("Stevens"), submit to the Court for its consideration a Joint Juror Questionnaire. The United States and Stevens have also included in its joint submission several of the Court's standard voir dire questions, as directed in its August 7th Order.[1] To the extent that the United States and Stevens could not agree on specific juror voir dire questions, the United States and Stevens have on this day filed separate questionnaires for this Court's consideration.

---

[1]    In addition to the electronic filing of the Proposed Joint Juror Questionnaire, the government will provide the document in Word Perfect format. The United States, as well as counsel for Senator Stevens will email their individual submissions to the Court in Word Perfect format.

The United States and Stevens stand ready to address any questions regarding the

proposed juror questionnaires that the Court may have.

Respectfully submitted,

WILLIAM M. WELCH II
Chief, Public Integrity Section

| | |
|---|---|
| BRENDAN V. SULLIVAN, JR. (Bar No. 12757) | BRENDA K. MORRIS |
| ROBERT M. CARY (Bar No. 431815) | Principal Deputy Chief |

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (facsimile)

NICHOLAS A. MARSH
EDWARD P. SULLIVAN
Trial Attorneys

JOSEPH W. BOTTINI
JAMES A. GOEKE
Assistant United States Attorneys
   for the District of Alaska

(202) 514-1412
(202) 514-3003 (facsimile)

Dated:  August 18, 2008

The United States and Stevens stand ready to address any questions regarding the

proposed juror questionnaires that the Court may have.

Respectfully submitted,

WILLIAM M. WELCH II
Chief, Public Integrity Section


  /s/ Brendan V. Sullivan            
BRENDAN V. SULLIVAN, JR. (Bar No. 12757)
ROBERT M. CARY (Bar No. 431815)

Williams & Connolly LLP
725 Twelfth Street,  N.W.
Washington, D.C.  20005
(202) 434-5000
(202) 434-5029  (facsimile)

   /s/ Brenda K. Morris            
BRENDA K. MORRIS
Principal Deputy Chief

NICHOLAS A. MARSH
EDWARD P. SULLIVAN
Trial Attorneys

JOSEPH W. BOTTINI
JAMES A. GOEKE
Assistant United States Attorneys
    for the District of Alaska

(202) 514-1412
(202) 514-3003 (facsimile)

Dated:  August 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2008, a copy of the Proposed Joint Juror

Questionnaires was served electronically, via the District Court's ECF system, on the following:

Brendan Sullivan, Esq.
Robert Cary, Esq.
Alex G. Romain, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

Brenda K. Morris

-3-

# JUROR QUESTIONNAIRE

## UNITED STATES OF AMERICA vs. THEODORE F. STEVENS

TO THE PROSPECTIVE JUROR:

The information which you give in response to this questionnaire will be used only by the Court and the parties to select a qualified jury and will not be made public. After a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and kept in confidence, under seal. The attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing this questionnaire.

Please answer each question as completely and accurately as you can. Your complete written answers will save a great deal of time for the Court, the parties and you. There are no right or wrong answers to the questions. In order to ensure that your answers are not influenced by the opinions of others, you should fill out the questionnaire by yourself without consulting or talking with any other person.

You are expected to sign your questionnaire, and your answers will have the effect of a statement given to the Court under oath. What is needed is your very best, honest effort to answer the questions contained in this questionnaire.

If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question. If you cannot answer because you do not know, write "Do not know" in the space after the question. If you need extra space to answer any question, please use the extra blank sheets of paper included at the end of the questionnaire. Be sure to indicate on the blank page the number of the question you are answering.

I am sure you understand the importance of juries to our American system of justice. I am confident that you also appreciate your duty as a citizen to serve as a juror if you are eligible. Your cooperation in completing and returning this "Juror Questionnaire" is a part of that duty. Without your help our courts cannot operate properly in accordance with the United States Constitution.

The sole purpose of the questionnaire is to encourage your full expression and honesty, so that all parties will have a meaningful opportunity to select a fair and impartial jury to try the issues in this case. Thank you for your full cooperation. It is of vital importance to the Court.

Date:_____

Juror Name: _____

Juror Number (the number is on your summons.):_____

1.      What is your age? _____

2.      Are you:       [ ] Male        [ ] Female

3.      What is your marital status?

        Single [ ]   Married [ ]   Partnered [ ]   Separated [ ]   Div./Remarried [ ]   Widowed [ ]

4.      A.      What is the highest level of education you have completed?

        _____ Grade school or less          _____ Less than 2 years of college
        _____ Some high school              _____ More than 2 years of college
        _____ High school graduate          _____ College graduate
        _____ Technical or business school  _____ Post graduate degree

        B.      What is the highest level of education your spouse or significant other has
                completed?

        _____ Grade school or less          _____ Less than 2 years of college
        _____ Some high school              _____ More than 2 years of college
        _____ High school graduate          _____ College graduate
        _____ Technical or business school  _____ Post graduate degree

        C.      If you attended school after high school, including any trade or vocational schools,
                please list the type of school, your major area of study and any certificates or
                degrees that you received:

        _____

        _____

5.      Are you currently:

        _____ Employed        _____ Student
        _____ Unemployed      _____ Unemployed due to disability
        _____ Retired         _____ Homemaker

        A.      If you are now employed:

Name of employer and location of job: _____

Job title: _____

Duties (describe briefly): _____

How long have you worked at your current job? _____

B.    If you (a) have been with your current employer less than five years or (b) if you checked unemployed, retired, unemployed due to disability or student, please answer the following questions about your last position:

How long were you at this job?_____

Termination date: _____

Reason for termination:_____

Name of employer and location of job:_____

Job title:_____

Duties (describe briefly):_____

C.    Is your current job or any past job considered management?

[ ] Yes          [ ] No          [ ] Past

If yes, how many people do you manage or supervise?_____

6.    Have you, a relative or any close friends ever been employed by (or have sought employment from), or received training in any local state or federal law enforcement agency, prison, correctional agency, or private security firm, including but not limited to the following (include current employment and check all that apply):

| | | Self | Relative | Close Friend |
|---|---|---|---|---|
| (a) | U.S. Attorney's Office | ☐ | ☐ | ☐ |
| (b) | District Attorney or any prosecuting attorney's office | ☐ | ☐ | ☐ |
| (c) | Department of Justice | ☐ | ☐ | ☐ |
| (d) | Securities and Exchange Commission | ☐ | ☐ | ☐ |
| (e) | Internal Revenue Service | ☐ | ☐ | ☐ |
| (f) | Drug Enforcement Administration | ☐ | ☐ | ☐ |
| (g) | Military Police | ☐ | ☐ | ☐ |
| (h) | Prison Guard | ☐ | ☐ | ☐ |
| (i) | State Highway Patrol | ☐ | ☐ | ☐ |
| (j) | Sheriff's Department | ☐ | ☐ | ☐ |

3

| | | | | |
|---|---|---|---|---|
| (k) | U.S. Marshal's Office | ☐ | ☐ | ☐ |
| (l) | Bureau of Alcohol, Tobacco & Firearms | ☐ | ☐ | ☐ |
| (m) | U.S. Immigration & Naturalization Service | ☐ | ☐ | ☐ |
| (n) | Any federal, state or local law enforcement agency not listed above | ☐ | ☐ | ☐ |
| (o) | Private detective agency or private investigators | ☐ | ☐ | ☐ |
| (p) | State or Federal Correction Agency | ☐ | ☐ | ☐ |
| (q) | Private security/security guard | ☐ | ☐ | ☐ |
| (r) | Any social services agencies | ☐ | ☐ | ☐ |

If "Yes," please identify the Agency, the person, the person's relationship to you, the person's job title, and the person's dates of employment:

Self/relative/close friend          Agency          Job title          Dates of Employment

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7.      Regarding your spouse, ex-spouse or the person with whom you are living, what jobs has he/she held in the last 10 years?

_____

_____

_____

_____

_____

_____

_____

_____

4

8.    Please list the sex, age, and occupation for each of your:

| Children | | | Step Children | | | Grandchildren | | |
|---|---|---|---|---|---|---|---|---|
| Sex | Age | Occupation | Sex | Age | Occupation | Sex | Age | Occupation |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

9.    Judge Emmet Sullivan will preside over this trial.  His courtroom clerk is Ms. Carol Votteler.  His Court Reporter is Ms. Jackie Sullivan.  Do you know Judge Sullivan or any member of his staff?
      **[Judge Sullivan's Standard Voir Dire Question # 3]**

10.   Do you know any of the other member of the jury panel from before today?  If so, what is the juror's name?_____

11.   Have you ever served in the military?                    [ ] Yes          [ ] No
      A.    If yes, when?    _____

      B.    In what branch?_____

      C.    What was your highest rank? _____

      D.    Did you ever serve on a court martial?       [ ]Yes          [ ] No

      E.    Did you serve with a Military Police unit?    [ ] Yes         [ ] No

      F.    Were you ever in combat?                      [ ] Yes         [ ] No

      G.    Type of discharge: _____

5

12.    Has your spouse ever served in the military?        [ ] Yes        [ ] No

    A.    If "Yes," when?_____

    B.    In what branch?_____

    C.    What was his/her highest rank?_____

    D.    Did he/she ever serve on a court martial?    [ ]Yes        [ ] No

    E.    Did he/she serve with a Military Police unit?    [ ] Yes        [ ] No

    F.    Was he/she ever in combat?        [ ] Yes        [ ] No

    G.    Type of discharge:_____

13.    Have you, a family member, or a close friend ever been injured or killed while serving in a combat or military zone?  (CHECK ALL THAT APPLY)

|  |  | Killed<br>Yes | Injured<br>Yes |
|---|---|---|---|
| A. | Self |  | [ ] |
| B. | A family member | [ ] | [ ] |
| C. | A close friend/neighbor | [ ] | [ ] |

If "Yes," please describe: _____

_____

_____

14.    Have you ever had any previous experience as a juror? [ ] Yes        [ ] No

If  "Yes," please state:

| Year | Civil/<br>Criminal | Federal/<br>State | Type of Case | Reach a<br>Verdict?<br>(no need to<br>state verdict) | If not,<br>why? |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

    A.    Were you ever a foreperson of any of these juries?

        [ ] Yes [ ] No

6

B.    Have you or a family member ever served on a federal or state grand jury?

[ ] Yes          [ ] No

If yes, please state when and where you or that person served:
_____

C.    What did you enjoy most and what did you enjoy least about your prior jury service?

Most _____
_____
_____

Least _____
_____
_____

15.    Do you feel a defendant has to testify or present evidence before you could find him not guilty?

[ ] Yes [ ] No

If "Yes," please explain:_____
_____
_____

**[Judge Sullivan's Standard Voir Dire Question #13]**

16.    If selected as a juror, would you have difficulty accepting and applying the rule of law that the defendant is presumed innocent unless the government proves guilt beyond a reasonable doubt?                    [ ] Yes          [ ] No
**[Judge Sullivan's Standard Voir Dire Question #14]**

17.    Does the fact that the defendant has been indicted make it difficult for you to presume he is innocent?                    [ ] Yes          [ ] No
**[Judge Sullivan's Standard Voir Dire Question #15]**

18.    Do you have such strong moral or religious convictions that they would prevent you from passing judgment on another person?                    [ ] Yes          [ ] No

If "Yes," please explain:_____
_____
_____

**[Judge Sullivan's Standard Voir Dire Question #17]**

7

19.   Have you ever been in court or in a legal proceeding as a defendant, other than for a minor traffic citation, or as a witness?               [ ] Yes          [ ] No

If "Yes," what were the circumstances?_____

_____

20.   Have you, a family member, or close friend ever been accused of, charged with, or convicted of any crime, or been the subject of a criminal investigation, other than a minor traffic violation?                [ ]Yes          [ ]No

If "Yes," please state the date, alleged crime, charging authority and the outcome.

_____

_____

_____

21.   If your answer to #20 was "Yes," do you feel that you, the family member, or friend were justly accused, charged, convicted or investigated?          [ ] Yes          [ ] No

Please explain:    _____

_____

_____

22.   Have you ever had any training or education in the law or seriously considered going to law school?                [ ] Yes          [ ] No

If "Yes," please explain:  _____

_____

_____

23.   On a personal, professional, or casual basis, do you know any judges, judicial clerks, private criminal defense attorneys, public defenders, Legal Aid lawyers, legal secretaries, paralegals, investigators, state or federal prosecutors, or anyone else involved in criminal defense or prosecution work? [ ] Yes          [ ]No

If "Yes," please tell us that person's name, job title, and their relationship to you.
Name                      Job title                      Relationship to you

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

24.    Have you or a member of your immediate family - either personally or in connection with
a business - been involved in any legal action or dispute with the United States, or any
officers, employees, or agents of the United States?

                                                                  [ ] Yes         [ ] No

In "Yes," please explain: _____

_____

_____

**[Judge Sullivan's Standard Voir Dire Question  #9]**

25.    A.    Have you, your family, neighbors, friends or acquaintances ever been involved in
any type of law enforcement or protective services (guards, security, investigative)
work?                                  [ ] Yes         [ ] No

If "Yes," please explain: _____

_____

_____

_____

26.    Judge Sullivan will be instructing the jury at the end of the trial that the testimony of a
law enforcement officer should be treated the same as testimony of any other witness and
that the jury should not give either greater or lesser weight to the testimony of a witness
simply because the witness is a law enforcement officer.  Do you have such strong
feelings about law enforcement, either positive or negative, that you would have difficulty
following that instruction?

                                                                 [ ] Yes         [ ] No

If "Yes," please explain:_____

_____

_____

**[Judge Sullivan's Standard Voir Dire Question  #10]**

27.    What civic, social, religious, charitable, volunteer, professional or business organizations
do you or your spouse (significant other) belong to?

_____

_____

_____

28.    Do you or your spouse (significant other) hold any office in any of these organizations?

                                                 [ ]Yes         [ ] No

If "Yes," please indicate the office(s) held and the responsibilities of the office(s).

9

You: _____

Spouse (or significant other):_____

29.    Do you participate in political or governmental activities?  [ ] Yes   [ ] No

If "Yes," please specify:

_____
_____

A.    If you ever have been a member of a political club or organization, specify which one:
_____

B.    Have you held any office in any political club or organization, and if so, what office?
_____

30.    Have you, your family, neighbors, friends or acquaintances ever run for public office in any capacity?                        [ ] Yes          [ ] No

If "Yes," please explain: _____

_____
_____

31.    Have you ever worked or volunteered in a political campaign headquarters or in any capacity for a political party?              [ ] Yes          [ ] No

If "Yes," please specify:  _____

32.    Do you read any local newspapers, current event newsletters, or any other publication which reports about events happening on Capitol Hill?      [ ]Yes          [ ] No

If "Yes," which ones do you read and do you read them on a regular or occasional basis?
_____

33.    Which news programs do you generally watch or listen to?
_____

34.    Please list your three favorite television shows_____
_____
_____

35.  Do you read in your spare time?                      [ ] Yes          [ ] No

Newspapers?_____

Magazines?_____

Books? _____

If "Yes," please list the titles of five books you have read within the last three years.  Give a brief description of the type of book, i.e. science fiction, romance novel, biography, etc., along with names of authors.  If none, please state none.

_____

_____

_____

36.  Please list any Internet websites that you visit regularly and any email lists or message services you subscribe to: _____

37.  Do you participate in, or read, any other Internet "chat rooms," "blogs," or discussion forums? [ ] Yes   [ ] No

If "Yes," please describe: _____

_____

_____

_____

38.  Do you, your spouse, your children or your relatives maintain, own or maintain any Internet "chatrooms," "blogs," or discussion forums? [ ] Yes          [ ] No

If yes, please describe:_____

_____

_____

39.  Have you ever written a letter to the editor or called into a radio talk show?
                                                         [ ] Yes          [ ] No

If "Yes," what publication or show and what was the content?  _____

_____

40.  Would you judge the credibility of a politician or an individual whom you have seen or hear about in the news by any different standards than you would judge the credibility of any other witness?                              [ ] Yes          [ ]No

11

Please explain._____
_____
_____

41.    Have you read any book, or books, about lawyers or trials? [ ] Yes          [ ]No
       If "Yes," which ones? _____
       _____

42.    Have you formed special opinions concerning defense attorneys, prosecutors, or accused
       persons that would affect you in deciding this case?          [ ] Yes          [ ]No

       If "Yes," please explain: _____
       _____

43.    A.    If you have ever renovated your home was it a positive experience, a
             negative experience, or a neutral experience?  Please check one.
             [ ] Positive    [ ] Negative    [ ] Neutral

       B.    Have you ever refused to pay a contractor, craftsperson, or repair person
             because you were dissatisfied with their work? [ ]Yes          [ ]No

       C.     Have you ever been involved in any other dispute with a contractor or
             repairperson?                              [ ]Yes          [ ]No

       If you answered "Yes," to question B or C, please briefly explain your answer.

       _____
       _____
       _____

44.    The law requires that jurors weigh the evidence in a case and reach a verdict based solely
       on upon the admitted evidence and instructions of law without regard whatsoever for the
       potential punishment might or might not be.  Would you have any difficulty following
       this principle?
       **[Judge Sullivan's Standard Voir Dire Question #16]**

45.    Have you heard about the alleged offenses that are charged in this case?
                                              [ ]Yes          [ ]No
       **[Judge Sullivan's Standard Voir Dire Question  #1]**

12

46.    Have you read or heard anything about Senator Stevens, who is the defendant in this case? _____

    A.    Where have you heard or read this?_____
        _____
    B.    What have you heard and read?_____
        _____

47.    A.    Have you, a family member, or friend ever lived or worked in Alaska? If so, when, and if so for how long?

    Please explain the circumstances. _____
    _____
    _____
    _____

    B.    Are you familiar with Alaska for any other reason? [ ] Yes          [ ]No
    If "Yes," please explain: _____
    _____
    _____

48.    Do you feel that politicians should be held to a higher standard of conduct or the same standard as everyone else?

    Please explain:_____
    _____

49.    Is there anything about the nature of the charges as they have been explained to you thus far which would make it difficult for you to sit as an impartial juror?

    [ ] Yes          [ ] No

    If "Yes," please explain: _____
    _____

50.    A.    In regard to the issues involved in this case, is there anything about you that this questionnaire does not address that you think might be important for the attorneys and the judge to know?          [ ] Yes          [ ]No

    If "Yes," please explain: _____

_____

_____

B.    Is there anything that has come up in this questionnaire which creates a doubt in your mind as to whether you could be a fair, objective and impartial juror in this particular case?    [ ] Yes        [ ] No

If "Yes," please explain: _____

_____

_____

51.    Do you have any trouble speaking, reading, or understanding English?
                                                    [ ] Yes        [ ] No

If English is not your first language, do you have any difficulty reading or understanding English?                    [ ] Yes        [ ] No

52.    Do you have any kind of problem (physical, medical, mental, emotional, philosophical) that would make it difficult for you to give your full time and attention to this trial and render a fair and impartial verdict?
                                                    [ ] Yes        [ ] No

If "Yes," please describe:_____

_____

_____

53.    This trial is expected to last approximately four weeks, starting on September 24, 2008, and going through at least October 22, 2008.  Is anything going on in your life or work that would prevent you from giving this case your full attention for the duration of the trial?                    [ ] Yes        [ ] No

If "Yes," please explain: _____

_____

_____

I declare under penalty of perjury that the foregoing answers are true and correct:

Date: _____        Signature_____

14