IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) Crim. No. 08-231 (EGS) ) ) |
| THEODORE F. STEVENS, | ) ) |
| Defendant. | ) ) |

# SENATOR THEODORE F. STEVENS'S
# PROPOSED JUROR VOIR DIRE QUESTIONS

As directed by the Court's First Amended Pretrial Order, Senator Theodore F. Stevens, through undersigned counsel, hereby submits the following juror voir dire questions for the Court's consideration. Senator Stevens proposes that the Court include these questions in the Juror Questionnaire, in addition to the ones submitted jointly with the United States of America.

1. What do you like to do in your spare time (hobbies, sports, or other leisure time activities)?

2. Is there anything you would like to discuss privately with the Court?
   [ ] YES   [ ] NO   If YES, please give us a general explanation of why you would like to discuss something privately with the Court.

3. If you are chosen to serve on this jury, will your employer continue to pay you?
   [ ] YES   [ ] NO

4. Do you have any specific problems at home or on the job that might make it difficult for you to give your full attention to this trial? [ ] YES   [ ] NO
   If YES, please explain.

5.  Have you ever contacted the United States Attorney's Office? [ ] YES   [ ] NO
    If YES, what was the reason?

6.  Have you ever been a plaintiff, defendant, witness, or observer for any court case?
    [ ] YES   [ ] NO    If YES, please explain (including what type of case, the outcome, and how you felt about the outcome).

7.  Have you ever seriously considered going to work in law enforcement?

8.  If you have taken any courses or had training in law or a law-related field (for example, administration of justice, corrections, or law enforcement), please identify such courses or training by title and subject matter.

9.  Senator Stevens is accused of submitting false statements.  Without knowing more, if you had to decide his guilt or innocence, how would you vote?

    [ ] Guilty
    [ ] More likely guilty than not guilty
    [ ] More likely not guilty than guilty
    [ ] Not guilty
    [ ] No opinion

    What was your answer to this question based on?

10. The law says that an indictment is absolutely no proof whatsoever that the defendant has engaged in any illegal activity.  Furthermore, the law says that a jury must not hold it against the defendant no matter how many charges are contained in the indictment.  Do you agree with that statement of the law?

    [ ] YES   [ ] NO    If NO, please explain.

11. What is your overall opinion of the ethics and honesty of members of the United States Congress?

12. What comes to mind when you think of Alaska?

13. What is your opinion of oil companies?

14. If you have heard or read or seen anything about this case, what is your reaction to what you have heard or read or seen about this case?

15. The government alleges that from 2002 to 2007, Senator Stevens knowingly made false statements by failing to disclose certain gifts or liabilities in his Senate financial disclosure forms.  The government also alleges that from 1999 to 2007,

       Senator Stevens knowingly engaged in a scheme to conceal his receipt of things of value from a private corporation and its Chief Executive Officer. Would the nature of these charges make it difficult for you to render a fair and impartial judgment in this case?

16. If the judge instructed you on what the law is in this case and you disagreed with the law, would you follow the judge's instructions anyway? [ ] YES   [ ] NO If NO, please explain.

17. In your deliberations, are you willing to abide by your convictions and not agree with other jurors solely for the purpose of getting along with them or finishing deliberations if you are convinced that the opinions of the other jurors are not correct?

Dated: August 18, 2008

       Respectfully submitted,

       WILLIAMS & CONNOLLY LLP

By:       /s/ Robert M. Cary
       Brendan V. Sullivan, Jr., D.C. Bar No. 12757
       Robert M. Cary, D.C. Bar No. 431815
       725 Twelfth Street, NW
       Washington, DC 20005
       (202) 434-5000

*Attorneys for Defendant Theodore F. Stevens*