IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-CR-231 (EGS) |
| ) | |
| THEODORE F. STEVENS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## GOVERNMENT'S PROPOSED JUROR QUESTIONNAIRE

As directed in its August 7, 2008 First Amended Pretrial Order, the United States of America, by and through its undersigned attorneys, submit to the Court for its consideration the Government's Proposed Juror Questionnaire. In a separate filing, the United States and Stevens have filed its joint submission to include several of the Court's standard voir dire questions, as directed in its August 7th Order. To the extent that the United States and Stevens could not agree on specific juror voir dire questions, the United States has filed this separate questionnaire for this Court's consideration.[1] We have indicated where the proposed question would best fit in the overall juror questionnaire.

### Additional Questions for Consideration

From Page 1 (formerly paragraph 5)
If you feel that any question requires an answer which is too sensitive (personal or private) to be included in a public record or discussed in open court, simply write "private" in the left margin next to your answer and the questioning on that topic will be held in private, out of the presence of the other prospective jurors.

---

[1] In addition to the electronic filing of the Government's Proposed Juror Questionnaire, the government will provide the document in Word Perfect format.

From Page 4 (formerly question 6)
   (s)   Any Federal state or local government entity not listed above?   ☐   ☐   ☐

From page 5 (formerly questions 9-11)

1. Who handles the finances in your family?

    [ ] I do                 [ ] Spouse/Significant Other does

    [ ] We both do          [ ] Someone else does

2. Who prepares your tax returns and other personal financial statements?

    [ ] I do                 [ ] Spouse/Significant Other does

    [ ] We both do          [ ] Someone else does

3. Has anyone, e.g., a tax preparer or spouse, ever made an error on a tax return that negatively affected you, or caused you to be audited?     [ ] Yes     [ ] No

    If "Yes," please explain: _____

    _____

    _____

From page 8 (formerly 22)

4. Have you or any member of your immediate family ever been audited or had a dispute with any agency or department of the United States government (including the IRS, INS, Social Security Administration, Veterans Administration, etc.) or any state or County agency?     [ ] Yes     [ ] No

    If "Yes," do you believe you were treated fairly?     [ ] Yes     [ ] No

    If "No," please explain: _____

    _____

    _____

From page 9 (formerly question 25)
B. Do you believe the testimony of a witness who is a law enforcement officer or government or state agent is more truthful, less truthful, or the same as the truthfulness of the testimony of a civilian witness or a criminal defendant?

_____ More truthful _____ Less truthful _____ Same as

Please explain: _____
_____
_____
_____

From page 10 (formerly question 32)
5. Do you read any local newspapers, and/or current event newsletters dealing with politics such as "The Hill", or any other publication which writes article or editorials about events happening on Capitol Hill?_____

From page 10 (formerly question 34)
6. How often do you follow political coverage in the Washington Post, C-Span, or from other sources?

From page 10 (formerly question 35)
7. Which TV news network do you watch the most? (CIRCLE ONE)

ABC   CBS   NBC   CNN   MSNBC   FOX News   PBS

From Page 11 (formerly question 37)

8. Do you visit blogs or news web sites such as the Huffington Post, or Drudge Report? Mark which one best describes the frequency of your visits:

[ ] Never
[ ] One time in a year
[ ] One time in a month
[ ] One time in a week
[ ] Every day

From Pages 12-13 (formerly question 41)

9. If you heard something in the courtroom that was different from something you read in the newspaper or heard on the news, would you believe what you heard in court or would you wonder why it was different from what you read or heard?

Believe _____          Wonder _____

Please explain:

_____

3

_____

    A.    Have you followed any criminal trials over the past five years?

        [ ]Yes      [ ]No

If "Yes," which ones: _____

_____

10.    Are you familiar with any recent local news stories regarding the indictment of some public officials and/or elected officials?

        [ ]Yes      [ ]No

If "Yes," please explain: _____

_____

11.    A.    Have you read any book, or books, about politics?

        [ ] Yes When _____ [ ] No

If "Yes," please specify (if you cannot remember the title of the book, describe what it was about):_____

_____

    B.    Do you follow newspaper, radio and/or TV stories about politics?

        [ ] Yes [ ] No

If "Yes", do you follow the stories:

    _____ very closely        _____ occasionally
    _____ somewhat closely    _____ rarely

<u>From Page 12 (formerly questions 44- 45)</u>
12.    In your course of employment/business, have you ever given a gift to a vendor?

    [ ] Yes [ ] No

If "Yes", what was the approximate value of the gift?
____$0-$99
____$100-$499

    \_\_\_\_$500-$999
    \_\_\_\_Over $1000
    \_\_\_\_ Don't remember

13. In your course of employment/business have you ever receive a gift from another business entity?

    [ ] Yes [ ] No

    If "Yes," what was the approximate value of the gift?
        \_\_\_\_$0-$99
        \_\_\_\_$100-$499
        \_\_\_\_$500-$999
        \_\_\_\_Over $1000
        \_\_\_\_ Don't remember

From page 12 (formerly question 17)

14. Would you have any difficulty finding an 84-year-old guilty of a crime if you knew that a conviction might result in a prison term?   [ ] Yes   [ ] No

From page 12 (formerly question 49)

15. This case involves allegations that United States Senator Theodore F. Stevens from Alaska continually failed to disclose to the public things of value he received from Bill Allen and others from 1999 through 2006. Allen was the former Chief Executive Officer and part-owner of VECO. VECO, at one time, was the largest company in Alaska and it provided oil pipeline and construction services to the oil industry.

    A. Do you have any knowledge about this case?   [ ]Yes   [ ]No
    If "Yes," please explain:_____
    _____

    B. Is there anything about these allegations that would make it difficult for you to be a fair and impartial juror in this case?   [ ]Yes   [ ]No

    If "Yes," please explain:_____
    _____

    C. Do you have an opinion about this case?

    If "Yes," please explain:_____
    _____

5

From page 13 (formerly question 51)

16.  Do any of you personally know or have heard or read anything whatsoever about any of the following individuals or entities:

   **The government and the defense will submit names of entities and individuals before September 22, 2008.**

   Please explain:_____
   _____

From page 13 (formerly question 53)

You must keep in mind that the burden of proof is on the state in a case of this type. The defendant has denied the charges. Jurors must decide the case presented here on the facts and the law regardless of the nature of the charges. It would be improper to convict any defendant simply because the charges involve election law violations regardless of whether the state has proved its case beyond a reasonable doubt. A defendant is presumed innocent until proven guilty beyond a reasonable doubt. I want you to keep these obligations in mind as you answer the next group of questions -- though what I have said applies throughout this questionnaire.

From page 14 (formerly question 55)
17.  If you were a defendant charged with these crimes, or if you were, on the other hand, the prosecuting attorney, is there any reason why you would not be content to have your case heard by a juror who has your frame of mind about being a juror in this case?
   [ ]Yes       [ ]No

If "Yes," please explain: _____
_____
_____

                                    Respectfully submitted,

                                    WILLIAM M. WELCH II
                                    Chief, Public Integrity Section


                                    /s/ Brenda K. Morris
                                    BRENDA K. MORRIS
                                    Principal Deputy Chief

                                    NICHOLAS A. MARSH
                                    EDWARD P. SULLIVAN
                                    Trial Attorneys

                                    JOSEPH W. BOTTINI
                                    JAMES A. GOEKE
                                    Assistant United States Attorneys
                                        for the District of Alaska

                                  (202) 514-1412
                                  (202) 514-3003 (facsimile)

Dated: August 18, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2008, a copy of the Government's Proposed Juror Questionnaires was served electronically, via the District Court's ECF system, on the following:

Brendan Sullivan, Esq.
Robert Cary, Esq.
Alex G. Romain, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

_____
Brenda K. Morris