AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

      Plaintiff(s)      )
)
)
)
      vs.      )  CASE NUMBER  CR 08-231 (EGS)
Theodore F. Stevens  )
)
      Defendant(s)  )

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of  Brenda K. Morris  as counsel in this
(Attorney's Name)

case for:  the government.
(Name of party or parties)

7/30/08
Date

N/A
BAR IDENTIFICATION

Signature

Brenda K. Morris
Print Name

1400 New York Ave., NW
Address

Washington, DC     20012
City   State    Zip Code

(202) 514-1439
Phone Number

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, a true and correct copy of the Notice of Appearance for Brenda Morris was sent via Federal Express overnight delivery to counsel for the defendant as listed below:

> Brendan V. Sullivan, Jr.
> Williams & Connolly LLP
> 725 Twelfth Street, NW
> Washington, DC 20005

Brenda K. Morris
Principal Deputy Chief