IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>THEODORE F. STEVENS, )<br>)<br>Defendant. )<br>) | Crim. No. 08-231 (EGS) |

**CROSS-MOTION *IN LIMINE* TO EXCLUDE THE EVIDENCE
DESCRIBED IN THE GOVERNMENT'S MOTION *IN LIMINE*
CONCERNING THE SPEECH OR DEBATE CLAUSE
(SENATOR STEVENS'S PRE-TRIAL MOTION NO. 10)**

For the reasons set forth in the Memorandum contained in "Senator Stevens's Opposition to Government's Motion *In Limine* Concerning the Speech or Debate Clause And Memorandum in Support of Senator Stevens's Cross-Motion *In Limine* to Exclude the Proposed Evidence Described in the Government's Motion," defendant Theodore F. Stevens, through undersigned counsel, moves, *in limine*, for an order excluding from trial the evidence set forth in the government's motion *in limine*. A proposed order is attached.

Dated: August 25, 2008

                                  Respectfully submitted,

                                  WILLIAMS & CONNOLLY LLP

By:     /s/ Robert M. Cary
          Brendan V. Sullivan, Jr., D.C. Bar No. 12757
          Robert M. Cary, D.C. Bar No. 431815
          Alex G. Romain, Bar No. 468508

          725 Twelfth Street, N.W.
          Washington, D.C. 20005
          (202) 434-5000

*Attorneys for Defendant Theodore F. Stevens*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)   Crim. No. 08-231 (EGS)<br>THEODORE F. STEVENS,   )<br>)<br>Defendant.   )<br>) | |

## ORDER

Upon consideration of the Defendant's Cross-Motion *In Limine* to Exclude the Proposed Evidence Described in the Government's Motion *In Limine* Concerning the Speech or Debate Clause, and the Court having heard the arguments of counsel, and good cause having been shown, it is

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the evidence is hereby excluded.

_____
Emmet G. Sullivan
United States District Judge

Dated:_____