IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| v.        ) | Criminal No. 08-CR-231 (EGS) |
| ) | |
| THEODORE F. STEVENS,        ) | |
| ) | |
| Defendant.        ) | |
| ) | |
| _____) | |

UNITED STATES' MOTION FOR CLARIFICATION CONCERNING
THE COURT'S SEPTEMBER 3, 2008, MINUTE ORDER

The United States of America, by and through its undersigned attorneys, hereby moves the Court for additional clarification concerning its September 3, 2008, minute order ("9/3 Order"). In support of its motion, the United States sets forth as follows:

1. The Court's 9/3 Order establishes a schedule for disclosure and submission of the government's exhibit and witness lists. The 9/3 Order, however, does not impose a similar requirement on defendant Stevens. An expeditious, pretrial resolution of objections, legal issues, and evidentiary issues is equally important concerning the defendant's case in chief. This is particularly true given that (a) since arraignment, defendant has produced to date less than 100 pages of reciprocal discovery under Rule 16, and (b) although at arraignment defendant demanded a speedy trial, requested immediate discovery, and expressed a goal "that there would be absolutely no delay in the proceedings themselves," *see* 7/31/08 Tr. at 5, defendant has now elected not to disclose the identity, basis, or reports of any expert witnesses that the defendant intends to use in his case in chief. Thus, for the same purposes cited by the Court in its 9/3 Order – to resolve any objections, legal, and/or evidentiary issues prior to the commencement of the

trial – we submit that defendant Stevens should also be required to disclose his exhibit and witness lists on September 9, 2008.

2.  Relatedly, the Court's 9/3 Order does not indicate the manner in which the exhibit and witness lists should be filed with the Court.  We submit that each party's submissions should be filed under seal.

## CONCLUSION

For the reasons stated above, the requests set forth in the government's Motion for Clarification should be granted.

Respectfully submitted,

WILLIAM M. WELCH II
Chief, Public Integrity Section

  /s/  Nicholas A. Marsh
BRENDA K. MORRIS
Principal Deputy Chief

NICHOLAS A. MARSH
EDWARD P. SULLIVAN
Trial Attorneys

JOSEPH W. BOTTINI
JAMES A. GOEKE
Assistant United States Attorneys
   for the District of Alaska

Dated: Washington, D.C.
       September 3, 2008

CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2008, a copy of the foregoing United States' Motion for Clarification Concerning the Court's September 3, 2008, Minute Order was served electronically, via the District Court's ECF system, on defense counsel as set forth below:

    Robert Cary, Esq.
    Williams & Connolly LLP
    725 Twelfth St. NW
    Washington, D.C.  20005

                                              /s/ Nicholas A. Marsh
                                                Nicholas A. Marsh