**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-231(EGS) |
| | ) | |
| THEODORE F. STEVENS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

To ensure the proceedings in this matter are conducted in an orderly manner and that both parties obtain a fair adjudication, it is hereby this 19th day September, 2008, **ORDERED** that,

(1) Trial of this matter will begin promptly at 9:30 a.m., Monday through Friday.  The one hour lunch recess will generally be from 12:30 p.m. to 1:30 p.m.  All participants must be at counsel's table when the proceedings are scheduled to commence.  The doors to the Courtroom will open at 9:00 a.m.

(2) Consistent with the Judicial Council's Policy Guidelines, cameras of any kind (including camera phones and laptop computer cameras), video cameras of any kind (including video telephones and video cameras connected to laptop computers), and audio recording devices of any kind cannot be used in the Courthouse, without express permission.

(3) Courtroom 24A.

    A.  Reserved Seating:
       (i) The defendant's family and close personal friends may sit on the front row of the public seating area outside of the well of the courtroom on the left

1

    side of the courtroom facing the bench;
(ii) All defense counsel shall sit at the defense table on the left side of the courtroom facing the bench.  Any defense counsel not able to sit at the defense table shall sit in the row directly behind the defense table, inside the well of the courtroom.  No individuals other than members of the defendant's trial team may sit in that row;
(iii) Any defense counsel not able to sit at the defense table or in the well of the courtroom shall sit in any unoccupied public seating in the courtroom.  This seating will not be reserved;
(iv) All government counsel shall sit at the prosecutor's table on the right side of the courtroom facing the bench.  Any government counsel not able to sit at the prosecutor's table shall sit in the row directly behind the prosecutor's table, inside the well of the courtroom.  No individuals other than members of the government's trial team may sit in that row;
(v) Any government counsel not able to sit at the prosecutor's table or in the well of the courtroom shall sit in any unoccupied public seating in the courtroom.  This seating will not be reserved;
(vi) Sketch artists may sit in the second row of seats on the right side facing the bench;
(vii) Attorneys for any witnesses may sit in any unoccupied space in the first row of seats on either side of the courtroom;
(viii) Members of the press may sit in the second and third rows of seats on the left side of the courtroom and the second row of seats on the right side facing the bench.  Members of the press must display credentials if requested by court staff or the United States Marshal's Service;
(ix) Members of the general public may occupy all remaining rows of seats.  Seating for the general public at the beginning

      of the trial day and after each recess will be on a first come, first served basis until all seating capacity is filled.

  B. Other than items authorized by this Court for counsel to possess, no other individuals are permitted to use in the courtroom cameras, cellular telephones, camera or video telephones, tape recording devices, laptops or other electronic devices, including PDAs.

  C. Paging devices that do not have a transmission capability will be permitted, but their alert signal must be on inaudible or vibration settings.

  D. Photographic, and video and audio recording or transmission of court proceedings are strictly prohibited.  Any violation of this prohibition may result in the imposition of contempt sanctions against the violator individually and, if attending in the capacity of an employee or agent, against the employer or principal.

  E. No conversations or gestures that would disrupt the proceedings or distract jurors or witnesses are permitted.

  F. Any member of the general public or press who desires to view the proceedings from Courtroom 24A must be seated <u>before</u> the proceedings are scheduled to commence and, except in case of emergencies, may not exit the courtroom until there is a recess.  Any credentialed members of the press not seated fifteen minutes prior to the commencement of the proceedings will forfeit their seats.  No member of the general public or the press will be permitted to enter the courtroom while the proceedings are in progress.

(4) An overflow courtroom will be one of two remote locations for the audio and video transmission of the proceedings from Courtroom 24A.  Signs identifying the designated overflow courtroom will be posted daily. Members of the general public and

    the press are authorized to access this courtroom.

    A. No cameras, cellular telephones, or tape recording devices may be used in the overflow courtroom.

    B. Photographic, and video and audio recording or transmission of court proceedings are strictly prohibited.  There shall be no broadcasting from any courtroom.  Any violation of this prohibition may result in the closing of the remote facility and the imposition of contempt sanctions against the violator individually and, if attending in the capacity of an employee or agent, against the employer or principal.

    C. Seating in the overflow courtroom will be on a first come, first served basis until all seating capacity is filled.  However, only government counsel, defense counsel, and their authorized employees may sit in the well of the overflow courtroom.

(5) The First Floor Media Center will be the second remote location for video and audio transmission of proceedings from Courtroom 24A.

    A. No cameras, cellular telephones, or tape recording devices may be used in the media room.  Laptop computers and PDAs will be permitted for note taking purposes, live written reporting of the proceedings, or blogging only.

    B. Photographic, and video and audio recording or transmission of court proceedings are strictly prohibited.  There shall be no broadcasting from the First Floor Media Center.  Any violation of this prohibition may result in the banning of all laptops from the remote facility or the closing of the facility and the imposition of contempt sanctions against the violator individually and, if attending in the capacity of an employee or agent, against the employer or principal.

        C.    Only credentialed members of the media will be permitted to enter this room.

(6)    Sketch artists preparing drawings of court proceedings are prohibited from drawing detailed sketches of any member of the jury; however, silhouettes with no distinguishing features may be produced.

(7)    Any member of the public or press who desires to view the proceedings from Courtroom 24A, the overflow courtroom, or the First Floor Media Center must comply with any requests made by any Court Security Officer or Court Staff.

(8)    The original exhibits admitted in evidence and published to the jury will not be available to the public for copying or inspecting.  The parties have been directed to file any admitted exhibit that has been published to the jury and not restricted by the Court for dissemination to the media at the end of the trial day via the Electronic Case Filing system.

(9)    Juror Contacts and Security.

        A.    Voir dire will be conducted in Courtroom 24A and will be remotely broadcast to the First Floor Media Center and the overflow courtroom.  During jury selection, the defendant's family members and two media representatives only will be permitted in the courtroom.  Members of the press must display credentials upon request.

        B.    Any attempt to contact or interact with jurors, to obtain the location of their residences or job sites, or to otherwise ascertain their identities in any way is strictly prohibited.

        C.    Conversations, interviews and written communications with prospective jurors before the completion of the voir dire, and with selected jurors, including alternate jurors, before the Court has discharged the jury at the conclusion of the trial (before a verdict is reached) are prohibited.

       D.    After a verdict has been rendered and the Court has discharged the jury, any jurors may consent to talk with anyone they want concerning the case; however, they are not obligated to do so and there must not be further attempts to talk to jurors who have indicated a desire not to have such discussions.  Interviews of trial participants inside the courthouse are prohibited.

(10)    Any violation of any portion of this Order may result in the imposition of contempt sanctions against the violator individually and, if attending in the capacity of an employee or agent, against the employer or principal.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**September 19, 2008**