## Sullivan, Edward

| | |
|---|---|
| **From:** | Marsh, Nicholas |
| **Sent:** | Sunday, September 28, 2008 5:17 PM |
| **To:** | Morris, Brenda; 'Cary, Rob'; Sullivan, Edward; Bottini, Joe; 'Goeke, James (USAAK)' |
| **Cc:** | 'Sullivan, Brendan'; 'Singer, Craig'; 'Romain, Alex'; 'Stewart, Beth' |
| **Subject:** | RE: Grand Jury Testimony |

Rob:

Following up on Brenda's message, we are still confused as to what your concerns are, but we would very much appreciate an opportunity to discuss them to see if they can be resolved. To that extent and in the spirit of cooperation, we are willing to provide you with a transcript of Mr. Williams' grand jury testimony for your review. Please call one of us at your earliest convenience to discuss.

Thanks,
Nick

-----Original Message-----
From: Morris, Brenda
Sent: Sunday, September 28, 2008 4:59 PM
To: Cary, Rob; Marsh, Nicholas; Sullivan, Edward; Bottini, Joe; Goeke, James (USAAK)
Cc: Sullivan, Brendan; Singer, Craig; Romain, Alex; Stewart, Beth
Subject: RE: Grand Jury Testimony

Rob, I just left you a voice message. What is this about?

Brenda K. Morris
Principal Deputy
Public Integrity Section
(202) 514-1439 - Direct
(202) 514-3003 - Facsimile

-----Original Message-----
From: Cary, Rob [mailto:RCary@wc.com]
Sent: Sunday, September 28, 2008 4:19 PM
To: Morris, Brenda; Marsh, Nicholas; Sullivan, Edward; Bottini, Joe; Goeke, James (USAAK)
Cc: Sullivan, Brendan; Singer, Craig; Romain, Alex; Stewart, Beth; Cary, Rob
Subject: Grand Jury Testimony

Counsel:

In conjunction with an emergency motion we are preparing, please provide the grand jury testimony and Forms 302 for Robert Williams. Please provide that material by no later than 6:00 P.M. this evening.

Thank you.

Rob Cary

1

---------------------------------------------------------------------------------

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

==========================================================================
=