1
2

                        UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

3       UNITED STATES OF AMERICA,        .
                                         .
4                    Plaintiff,          .
                                         .   CR No. 08-231
5            v.                          .
                                         .
6       THEODORE F. STEVENS,             .   Washington, D.C.
                                         .   Monday, September 22, 2008
7                    Defendant.          .   9:15 a.m.
                                         .
8       . . . . . . . . . . . . . . .    .

9

10              TRANSCRIPT OF JURY TRIAL - DAY 1 - MORNING SESSION
                    BEFORE THE HONORABLE EMMET G. SULLIVAN
11                     UNITED STATES DISTRICT JUDGE

12      APPEARANCES:

13

14      For the Government:          BRENDA K. MORRIS, ESQ.
                                     United States Department of Justice
15                                   1400 New York Avenue, N.W.
                                     12th Floor
16                                   Washington, D.C.  20005
                                     202-514-1412
17
                                     NICHOLAS A. MARSH, ESQ.
18                                   United States Department of Justice
                                     10th and Constitution Avenue, N.W.
19                                   Washington, D.C.  20530
                                     202-307-1049
20
                                     JOSEPH W. BOTTINI, ESQ.
21                                   United States Attorney's Office
                                     District of Alaska
22                                   222 W. Seventh Avenue
                                     Federal Building and U.S. Courthouse
23                                   Anchorage, Alaska  99513-7567
                                     907-271-5071
24

25      APPEARANCES con't. on next page.

1   APPEARANCES, con't.

2

3

4   For the Defendant:          BRENDAN V. SULLIVAN, ESQ.
                                ROBERT M. CARY, ESQ.
                                ALEX G. ROMAIN, ESQ.
5                               BETH STEWART, ESQ.
                                Williams & Connolly, LLP
6                               725 Twelfth Street, N.W.
                                Washington, D.C.  20005
7                               202-434-5000

8

9

10

11  Court Reporter:             JACQUELINE M. SULLIVAN, RPR
                                Official Court Reporter
12                              U.S. Courthouse, Room 6720
                                333 Constitution Avenue, NW
13                              Washington, D.C. 20001
                                202-354-3187

14

15

16  Proceedings reported by machine shorthand, transcript produced
    by computer-aided transcription.
17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

COURTROOM DEPUTY:  Will the prospective jurors please raise your right hand?  Do you and each of you solemnly swear that you will well and truly answer all questions propounded to you, so help you God?

PROSPECTIVE JURY PANEL:  I do.

COURTROOM DEPUTY:  Everyone please be seated.

Criminal case 08-231, <u>United States</u> vs. <u>Theodore Stevens</u>.

Will counsel please identify yourselves for the record?

MS. MORRIS:  Good morning, Judge.  Brenda Morris for the government, Mr. Nicholas Marsh for the government, Mr. Joe Bottini for the government, Mr. James Goeke for the government, and also Mr. Edward Sullivan for the government.  And with us also with the FBI are Special Agent Mary Beth Kepner and Special Agent Chad Joy.  Thank you.

THE COURT:  All right.  Good morning, counsel.

MS. MORRIS:  Good morning, Judge.

MR. B. SULLIVAN:  Good morning, your Honor.  May I introduce Ted Stevens.

THE COURT:  Sure.

MR. B. SULLIVAN:  U.S. Senator.  Please stand up, Ted.  Thank you.

On the defense team for Senator Stevens is Beth

1    Stewart, my partner, Alex Romain, and my partner, Rob Cary.

2                THE COURT:  All right.  Thank you.

3                MR. B. SULLIVAN:  And my name is Brendan Sullivan.

4                THE COURT:  Good morning, counsel.

5                Ladies and gentlemen, good morning.  Let me welcome

6    you to the United States District Court for the District of

7    Columbia.  As my courtroom deputy previously told you, my name

8    is Emmet Sullivan.  I'm presiding over this case.

9                You've been selected as a prospective jurors in the

10   case of United States of America vs. Theodore Stevens.  We're

11   about to start a process that's called voir dire.  The words

12   "voir dire" are French.  They mean to speak truthfully.  It's

13   the time at the beginning of a trial when the attorneys and I

14   will be asking through this questionnaire some questions that we

15   believe are important in our efforts to select the fairest, most

16   impartial jury panel possible.  You're bound by the oath that

17   you've just taken to speak truthfully in response to those

18   questions, and I'll tell you about how this process will work in

19   a few minutes.

20               A trial in this case is set to begin when jury

21   selection is completed.  It's expected to last approximately

22   four weeks but could run longer or shorter.  The Court will

23   generally hold trial Monday through Friday.  Those selected as

24   members of the jury will live at home and have their evenings

25   and weekends to themselves.  Your contact with other people will

1    not be restricted, although you will of course not be permitted

2    to talk about the case with anyone, or read, listen to, or watch

3    any press coverage the case might receive.

4         The questionnaire that I'll be distributing to you in

5    a few minutes is to assist the Court and the attorneys in

6    selecting a jury to hear this case.  What is needed is your very

7    best, honest effort to answer the questions contained in the

8    questionnaire.  The information which you give, and your

9    answers, will be used only by the Court and the parties to

10   select a qualified jury.  The purpose of the questionnaire is to

11   save time and avoid jurors having to sit and wait before they

12   answer these or similar questions in person.  After a jury has

13   been selected, all copies of your response to this questionnaire

14   will be returned to the clerk of the court and kept in

15   confidence under seal, not accessible to the public or the

16   media.  The attorneys are under orders to maintain the

17   confidentiality of any information they learn in the course of

18   reviewing the questionnaire.

19        The defendant, Theodore F. Stevens, is an elected

20   member of the United States Senate.  He has been charged by the

21   United States in a seven-count indictment with making false

22   statements.  The government alleges that beginning in 1999 and

23   continuing through 2006 the defendant received numerous things

24   of value, including renovations to his home in Alaska, a reduced

25   price for a car, a stained glass window and other items, and

1    that he knowingly and willfully failed to report these gifts on

2    his financial disclosure forms.   The defendant denies the

3    government's charges.   The purpose of this questionnaire is to

4    encourage your full expression and candor so that all parties

5    have a meaningful opportunity to select a fair and impartial

6    jury to try the issues of this case.   Your full written answers

7    will save the parties, the Court, and yourself a great deal of

8    time.   Please do not discuss with anyone any question or answer

9    you give on the questionnaire.   You're expected to sign the

10   questionnaire.   Your answers will have the effect of a statement

11   under oath and will only be used by Court and counsel in

12   selecting a jury in this case.

13           As you know, jurors are critical to our American

14   system of justice and the Court is confident that you appreciate

15   your duties as a citizen to serve as a juror if you're eligible.

16   Your cooperation in completing and returning this juror

17   questionnaire is a part of that duty.   Please answer each

18   question on the questionnaire as completely and accurately as

19   you reasonably can.   Do keep in mind that there are no right or

20   wrong answers, only complete and incomplete answers.   Please

21   fill out the entire questionnaire.   Do not leave any questions

22   blank.   If a question does not apply now to you in any way,

23   write "N/A" rather than leaving the form blank:   not applicable.

24   If you cannot answer a question because you do not understand

25   it, write "Do not understand" in the space after the question.

1   If you cannot answer a question because you do not know the

2   answer, write down in the space after the question.  If you need

3   extra space to answer any question, please use the space on the

4   last page of the questionnaire.  If you use the extra space, be

5   sure to state on the blank page the number of the question

6   you're answering.  Please use the pen or pencil provided, and

7   please make sure that your answers are legible.

8          Now, when the jury selection process begins in court,

9   you may be asked some follow-up questions based on one or more

10  of your answers to the questionnaire.  In addition, now that you

11  are a prospective juror and under oath, you must follow the

12  instructions listed below until you've been excused from further

13  service in the case.  Do not read anything whatsoever about this

14  case.  Please avoid any newspaper accounts that may relate to

15  the case.  Do not read or listen to any news accounts, whether

16  in a newspaper, on the television, on the Internet, on a blog or

17  on the radio concerning this case about the defendant.  Do not

18  at any time discuss this case with anyone, including your

19  friends, family members, or other members of this jury panel.

20  Do not let anyone, including friends, family members, court

21  personnel, parties in this case, or persons involved in the case

22  talk to you about your views or any aspect of this case except

23  officially in the courtroom.

24          Now, let me just add one thing.  I take very seriously

25  the responsibility and duty of everyone to serve as a juror when

1    summoned to serve as a juror.  I've been summoned before.  I've
2    served as a juror before.  I've served, since becoming a judge,
3    in other courts, so I take very seriously everyone's duty and
4    responsibility to serve, and I say that because I want to
5    emphasize that I understand that everyone who's in the courtroom
6    who may work outside the home is probably the most valuable
7    employee at your place of employment.  That's a given, I accept
8    that, and I also accept as true that everyone who works inside
9    the home caring and providing for a family is very valuable to
10   your family, but I also cherish very highly everyone's duty and
11   responsibility to serve as a juror, and I say that to say that
12   if there are compelling reasons why you can't serve, I'll
13   entertain those compelling reasons, but again, I take very
14   seriously everyone's duty and responsibility to serve as a
15   juror.  I'm sure there have been occasions when I was summoned
16   and it would not have been difficult for me to avoid jury
17   service, but I didn't because I believe that everyone should
18   serve when summoned to serve.

19          Now I'm going to ask that the questionnaire be passed
20   out at this point.  Before I leave you to fill out the
21   questionnaire, I need to read to you a list of names of people
22   that the parties may or may not call to testify during the
23   trial.  I'm going to pass the questionnaire out and just ask you
24   to focus on page 19 of the questionnaire with respect to
25   question number 64 at the top of the page.  I know you want to

1     look at all the other questions but it's not time yet, and then

2     I'll give you some more instructions about the use of this

3     questionnaire and what your job will be today.  So just focus,

4     just turn to page 19 at the top of the questionnaire, find

5     question number 64 at the top of that page.  Again, I'm going to

6     focus on page 19 only, question number 64 at the top of page 19.

7     If you don't have a pen or pencil, raise your hand so Carol can

8     give you one.  Again, if you don't have a pen or pencil, just

9     raise your hand so we can give you one.

10            All right, everyone has a pen or pencil.  All right.

11            Now listen very carefully as I read the names.  This

12     is a long list.  It does not mean that all of these people will

13     testify, but this is a list of potential witnesses.  Please

14     write down any names that you recognize.  If you do have

15     questions about whether or not you know someone on the list,

16     those questions can be addressed later once we begin the process

17     of selecting the jury.  Listen very carefully.  I'm going to

18     read the list of prospective witnesses, and again I emphasize

19     these people may or may not be called.  They're prospective

20     witnesses.

21            Doug --

22            MS. MORRIS:  Judge?

23            THE COURT:  Doug Alk, Bill Allen, Jeanette Allen.

24            If you don't have a pen or pencil, just raise your

25     hand so we can make sure you have one.

1           PROSPECTIVE JUROR:  No, just one question, sir.  When

2     you say "recognize them," you mean in passing or personally?

3           THE COURT:  If you recognize the name, just write it

4     down, sir.

5           PROSPECTIVE JUROR:  Thank you.

6           THE COURT:  You're welcome.

7           Doug Alk, Bill Allen, Jeanette Allen, Mark Allen,

8     Robert Alt, and I'll spell it:  A-l-t.  David Anderson, II,

9     David Anderson, Mark Andrew, Will Arthur, Sid Ashworth, Jeremiah

10    Atchinson, Derrick Awad, A-w-a-d, Robert Ballo, Jerry Bankston,

11    Larry Baitman, Pat Beattie, Lily Becker, Robert Bell, Jeri with

12    a J-e-r-i, Best, Jack Billings, Judy Bittner, Vince Bloomfield,

13    Cheryl Boomershine, Courtney Boone, Sue Borrego, B-o-r-r-e-g-o,

14    Janice hyphen Dani Ballman or Bowman, Terry Brandt, Jolene

15    Brunghorst, Galen Brown, Margie Brown, Wallace Butler, Bryan

16    Byrne, B-y-r-n-e, Ed Cabarles, C-a-b-a-r-l-e-s, Henry Camarot,

17    C-a-m-a-r-o-t, William Canfield, Linda Carpenter, Roger Chain,

18    Addy Chancelor, Jennifer Chartrand, C-h-a-r-t-r-a-n-d, David

19    Cole, Donna Coleman, Haite Conception, C-o-n-c-e-p-t-i-o-n, Kent

20    Cooper, Tom Corkran, C-o-r-k-r-a-n, Steve Cortase, David Covich,

21    C-o-v-i-c-h, John Peter Covich, Susan Covich, Linda Croft, Cecil

22    Dale, III, Robert Daine, Larry Daniels, John David, Greg

23    Davidson, Donna Deverona, Mark DeJames, D-E capital J-a-m-e-s,

24    Fran Depodesta, D-e-p-o-d-e-s-t-a, Roy Detmer, Dawn Denn Woody,

25    Wendy Dow, Joshua Downing, Jim Eagan, Jeremiah Michael Eldridge,

```
 1   Robin Engibous, E-n-g-i-b-o-u-s, Diane Fejes, F-e-j-e-s, Barbara
 2   Flanders, Mano Frey, F-r-e-y, Darotheia Friend, Robin Friend,
 3   John Fugage, F-u-g-a-t-e, Ricky Gease, G-e-a-s-e, Louis George,
 4   William George, Peggy Garhart, Ed Gohr, G-o-h-r, Garrett
 5   Goldberg, Michael Gonzales, Nicholas Granger, David Grier, Greg
 6   Phelps, Vicky Grymes, Bret Haber, H-a-b-e-r, Herbert Hancock,
 7   Kelly Hanke, H-a-n-k-e, Anthony Hannah, Charlie Hart, Orrin
 8   Hatch, James Helms, DeLynn Henry, Bob Hensel, H-e-n-s-e-l,
 9   William Hencely, Edgar Hernandez, John Hess, Billy Hill, Josh
10   Holland, Kelli with an I, K-e-l-l-i, Holland, Michelle Holland,
11   Paul Honeman, H-o-n-e-m-a-n, Steve Hopkins, Russ Hole, Pat
12   Hudkins, Daniel Inouye, Rita Ivnova, I-v-n-o-v-a, Ti Jackson,
13   Louise Johnson, Margie Johnson, Daniel Johnston, Chad Joy, Chad
14   Kadera, K-a-d-e-r-a, Jim Kaiser, Greg Kaplan, John Kaymark,
15   Edward M. Kennedy, Joe Kennedy, Mary Beth Kepner, K-e-p-n-e-r,
16   Landon Kerrigan, K-e-r-r-i-g-a-n, David Kenney, Julie Kitka,
17   K-i-t-k-a, Mira Kohler, K-o-h-l-e-r, Bob Lacher, L-a-c-h-e-r,
18   Mike Lanczyski, L-a-n-c-z-y-s-k-i, Jamie Lawson, Patrick Lahee,
19   Pete Lethert, Oliver Levit, Jerry Lesard, L-e-s-a-r-d, Imez
20   Lopez, Andrew Lunquest, Mike Luther, Thomas M. Maloney, Carl
21   Marrs, M-a-r-r-s, Ken Marzocco, M-a-r-z-o-c-c-o, Dan McBurney,
22   Ricky McConfield, Marty McGee, Bill McKay, Mack McKey, Rex
23   McKey, Jim Mellenson, Jack Miller, David Munson, Tim Orr, Tom
24   Morgan, Claud Morris, Dick Morris, Clint Murdock, Patricia Munz,
25   M-u-n-z, Jessica Newton, Sean O'Keif, Gloria O'Neal, Dean Osmar,
```

1  O-s-m-a-r, Adam Padilla, P-a-d-i-l-l-a, Augie Paone, P-a-o-n-e,

2  Leroy Paramour, Darryl Pederson, P-e-d-e-r-s-o-n, Julie

3  Peterson, Gene Patola, Henry Penney, Jean Penney, P-e-n-n-e-y,

4  Robert Penney, Deanna Persons, Kenzee, K-e-n-z-e-e, Persons,

5  Robert Persons, Mara Pettegrew, Joe Phalan, P-h-e-l-a-n, Michael

6  Phelps, Michelle Pluta, P-l-u-t-a, Colin Powell, Craig Priest,

7  Darryl Priest, Ron Rainy, Joseph Ralston, Gary Randall, John

8  Gray, Bill Redmond, Bob Redmond, Jean Redmond, Heather Resz,

9  R-e-s-z, George Raycraft, Junior, Sheila Raycraft, Ernie Rice,

10  Michael Richeson, R-i-c-h-e-s-o-n, Dennis Robert, Bill Robert-

11  son, Edward M. Robinson, Trish Rody, Jim Sampson, Mark Shamit,

12  Bill Sheffield, Robert Shively, S-h-i-v-e-l-y, Jamie Shakalin

13  Slemmons, John Sproule, S-p-r-o-u-l-e, Justin Stifle, Joel

14  Stephen, S-t-e-p-h-e-n, John Stepp, Catherine Stevens, Theodore

15  F. Stevens, Walter Stevens, Lucky Stitzer, S-t-i-t-z-e-r, Lisa

16  Sutherland, Severin Swanson, Tom Swanson, Gwendolyn Sykes, Keith

17  Tryck, T-r-y-c-k, Tyron Tucker, Nicholas Turner, Bambie L.

18  Tyree, T-y-r-e-e, Ken VanDergrift, Chris Imof, I-m-o-f, Carina

19  Waller, Robert Williams, Jeffrey Wilson, Vern Rightson.

20         Those are all the names of the prospective witnesses.

21  If you recognize those names, then place the name, write the

22  name at the top of page 19, number 464.

23         Now, the attorneys and I are going to leave in a few

24  minutes.  All you need to do today is answer the questionnaire.

25  When you finish answering the questionnaire, sign it, put your

juror number at the top of each page, give it to my courtroom
deputy who is sitting right in front of me, Carol.  You met her
coming in.  And then you need to return to the jury lounge to
get further instructions, and I will tell you what the further
instructions will probably be.  They'll be to call the juror
office later this evening to see whether you're requested to
come back tomorrow or Wednesday.  There will be two groups
coming in tomorrow.  One group will come in in the morning, one
group will come in in the afternoon, and on Wednesday we'll
repeat the process if necessary.  One group of jurors will come
in on Wednesday, one group will come in on Thursday.  But you
need to get further instruction from the juror office about the
number to call, and just abide by whatever instructions you're
given when you call in later this afternoon.

Carol is not here to answer any questions.  We're
asking the questions today.  You'll see on the questionnaire
that there is a space for my signature.  I didn't sign this.
Sometimes we send questionnaires to prospective jurors.  We
opted not to do that in this case, so it's not signed, but I'm
ordering you to abide by all the conditions on page three.  I
just assume I sign that since we're talking.  But Carol is not
here to answer any questions about anything.  We just want you
to finish completing the questionnaire, give it to Carol, and
then you can leave.  Call the juror lounge later today for
further instructions.  And again, you're under oath to speak

1    truthfully in response to the questions that are being asked of

2    you.

3           Again, once you leave here, go back to the juror

4    lounge.  There may be some additional instructions.  Go back to

5    the juror lounge on the fourth floor of this courthouse for

6    further instruction.  That's very important.  You've not

7    completed the process by just giving the completed questionnaire

8    to Carol.  You have to go back to the juror lounge on floor

9    four.

10          All right.  The attorneys and I are going to leave.

11   We're going to leave you here.  You'll be in excellent company

12   with Carol.  And again, she's not here to answer any questions.

13          You have your hand up.  I'll try to answer, sir, but I

14   may not be able to answer your question.  What is it, what's

15   your question?

16          PROSPECTIVE JUROR:  Can I come in?

17          THE COURT:  I'm sorry?

18          PROSPECTIVE JUROR:  Could I come in and speak to you a

19   minute?

20          THE COURT:  No.  That probably would not be

21   appropriate.  If there's some reason why you can't follow the

22   instructions that I've given, you need to write that on the jury

23   form, sir.  All right.  All you need to do is answer the

24   questions.

25          I'm going to leave now.

1            Yes?  You have your hand up, ma'am.

2            PROSPECTIVE JUROR:  These names are the same as, you

3       know --

4            THE COURT:  Follow the questions, answer the questions

5       to the best of your ability.  If you recognize the question

6       was -- let me read that again.  What I read was please listen

7       carefully, please write down any names that you recognize.  All

8       right.

9            All right, folks.  It's a pleasure to have you here.

10      Again, Carol cannot answer any questions.  As soon as you finish

11      completing the questionnaire, you don't have to wait around till

12      everyone else finishes.  Just give it to Carol and she'll

13      instruct you to go back to the jury lounge for further

14      instructions.  Thank you.

15            There's no need to stand.  I'm going to leave now.

16            Counsel, anything further before we leave?  All right.

17      Have a nice day.

18            (Proceedings adjourned at about 10:42 a.m.)

19                             - - -

20

21

22

23

24

25

1                         I N D E X

2

3     WITNESSES:

4

5            None.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21                      E X H I B I T S

22

23            None.

24

25

CERTIFICATE

I, JACQUELINE M. SULLIVAN, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

_____
JACQUELINE M. SULLIVAN

**0**

**08-231** [2] - 1:4, 3:8

**1**

**1** [1] - 1:10
**10:42** [1] - 15:18
**10th** [1] - 1:18
**12th** [1] - 1:15
**1400** [1] - 1:15
**19** [5] - 8:24, 9:4, 9:6, 12:22
**1999** [1] - 5:22

**2**

**20001** [1] - 2:12
**20005** [2] - 1:16, 2:6
**2006** [1] - 5:23
**2008** [1] - 1:6
**202-307-1049** [1] - 1:19
**202-354-3187** [1] - 2:13
**202-434-5000** [1] - 2:7
**202-514-1412** [1] - 1:16
**20530** [1] - 1:19
**22** [1] - 1:6
**222** [1] - 1:22

**3**

**333** [1] - 2:12

**4**

**464** [1] - 12:22

**6**

**64** [3] - 8:25, 9:5, 9:6
**6720** [1] - 2:11

**7**

**725** [1] - 2:6

**9**

**907-271-5071** [1] -

1:23
**99513-7567** [1] - 1:23
**9:15** [1] - 1:7

**A**

**A-l-t** [1] - 10:8
**a.m** [1] - 1:7, 15:18
**abide** [2] - 13:13, 13:20
**ability** [1] - 15:5
**able** [1] - 14:14
**above-entitled** [1] - 17:4
**accept** [2] - 8:7, 8:8
**accessible** [1] - 5:15
**accounts** [2] - 7:14, 7:15
**accurately** [1] - 6:18
**Adam** [1] - 12:1
**add** [1] - 7:24
**addition** [1] - 7:10
**additional** [1] - 14:4
**addressed** [1] - 9:16
**Addy** [1] - 10:18
**adjourned** [1] - 15:18
**afternoon** [2] - 13:9, 13:14
**Agent** [2] - 3:16, 3:17
**aided** [1] - 2:16
**Alaska** [3] - 1:21, 1:23, 5:24
**Alex** [1] - 4:1
**ALEX** [1] - 2:4
**Alk** [2] - 9:23, 10:7
**alleges** [1] - 5:22
**Allen** [5] - 9:23, 10:7
**Alt** [1] - 10:8
**America** [1] - 4:10
**AMERICA** [1] - 1:3
**American** [1] - 6:13
**Anchorage** [1] - 1:23
**Anderson** [2] - 10:8, 10:9
**Andrew** [2] - 10:9, 11:20
**answer** [18] - 3:4, 5:7, 5:12, 6:8, 6:17, 6:24, 7:1, 7:2, 7:3, 12:24, 13:15, 13:22, 14:12, 14:13, 14:14, 14:23, 15:4, 15:10
**answering** [2] - 7:6, 12:25
**answers** [7] - 5:9, 6:6, 6:10, 6:20, 7:7, 7:10
**Anthony** [1] - 11:7
**APPEARANCES** [3] - 1:12, 1:25, 2:1

**applicable** [1] - 6:23
**apply** [1] - 6:22
**appreciate** [1] - 6:14
**appropriate** [1] - 14:21
**Arthur** [1] - 10:9
**Ashworth** [1] - 10:9
**aspect** [1] - 7:22
**assist** [1] - 5:5
**assume** [1] - 13:21
**Atchinson** [1] - 10:10
**Attorney's** [1] - 1:21
**attorneys** [5] - 4:13, 5:5, 5:16, 12:23, 14:10
**Augie** [1] - 12:1
**Avenue** [4] - 1:15, 1:18, 1:22, 2:12
**avoid** [3] - 5:11, 7:14, 8:16
**Awad** [1] - 10:10
**AWAD** [1] - 10:10

**B**

**Baitman** [1] - 10:11
**Ballman** [1] - 10:14
**Ballo** [1] - 10:10
**Bambie** [1] - 12:17
**Bankston** [1] - 10:10
**Barbara** [1] - 11:1
**based** [1] - 7:9
**Beattie** [1] - 10:11
**Becker** [1] - 10:11
**becoming** [1] - 8:2
**BEFORE** [1] - 1:10
**begin** [2] - 4:20, 9:16
**beginning** [2] - 4:13, 5:22
**begins** [1] - 7:8
**Bell** [1] - 10:11
**below** [1] - 7:12
**Best** [1] - 10:12
**best** [2] - 5:7, 15:5
**Beth** [3] - 3:16, 3:25, 11:15
**BETH** [1] - 2:5
**Bill** [6] - 9:23, 10:7, 11:22, 12:8, 12:10, 12:12
**Billings** [1] - 10:12
**Billy** [1] - 11:9
**Bittner** [1] - 10:12
**blank** [3] - 6:22, 6:23, 7:5
**blog** [1] - 7:16
**Bloomfield** [1] - 10:12
**Bob** [3] - 11:8, 11:17,

12:8
**Boomershine** [1] - 10:13
**Boone** [1] - 10:13
**Borrego** [1] - 10:13
**BORREGO** [1] - 10:13
**Bottini** [1] - 3:14
**BOTTINI** [1] - 1:20
**bound** [1] - 4:16
**Bowman** [1] - 10:14
**Brandt** [1] - 10:14
**BRENDA** [1] - 1:14
**Brenda** [1] - 3:12
**BRENDAN** [1] - 2:3
**Brendan** [1] - 4:3
**Bret** [1] - 11:6
**Brown** [2] - 10:15
**Brunghorst** [1] - 10:15
**Bryan** [1] - 10:15
**Building** [1] - 1:22
**Butler** [1] - 10:15
**Byrne** [1] - 10:16
**BYRNE** [1] - 10:16

**C**

**Cabarles** [1] - 10:16
**CABARLES** [1] - 10:16
**Camarot** [1] - 10:16
**CAMAROT** [1] - 10:17
**candor** [1] - 6:4
**Canfield** [1] - 10:17
**cannot** [3] - 6:24, 7:1, 15:10
**capital** [1] - 10:23
**car** [1] - 5:25
**carefully** [3] - 9:11, 9:17, 15:7
**Carina** [1] - 12:18
**caring** [1] - 8:9
**Carl** [1] - 11:20
**Carol** [9] - 9:7, 13:2, 13:15, 13:21, 13:23, 14:8, 14:12, 15:10, 15:12
**Carpenter** [1] - 10:17
**Cary** [1] - 4:1
**CARY** [1] - 2:4
**case** [18] - 3:8, 4:8, 4:10, 4:20, 5:2, 5:3, 5:6, 6:6, 6:12, 7:13, 7:14, 7:15, 7:17, 7:18, 7:21, 7:22, 13:19
**Catherine** [1] - 12:14
**Cecil** [1] - 10:21
**CERTIFICATE** [1] -

17:1
**certify** [1] - 17:3
**Chad** [3] - 3:17, 11:13
**Chain** [1] - 10:17
**Chancelor** [1] - 10:18
**charged** [1] - 5:20
**charges** [1] - 6:3
**Charlie** [1] - 11:7
**Chartrand** [1] - 10:18
**CHARTRAND** [1] - 10:18
**cherish** [1] - 8:10
**Cheryl** [1] - 10:13
**Chris** [1] - 12:18
**citizen** [1] - 6:15
**Claud** [1] - 11:24
**clerk** [1] - 5:14
**Clint** [1] - 11:24
**Cole** [1] - 10:19
**Coleman** [1] - 10:19
**Colin** [1] - 12:6
**COLUMBIA** [1] - 1:1
**Columbia** [1] - 4:7
**coming** [2] - 13:3, 13:8
**company** [1] - 14:11
**compelling** [2] - 8:12, 8:13
**complete** [1] - 6:20
**completed** [3] - 4:21, 14:7
**completely** [1] - 6:18
**completing** [3] - 6:16, 13:23, 15:11
**computer** [1] - 2:16
**computer-aided** [1] - 2:16
**con't** [2] - 1:25, 2:1
**Conception** [1] - 10:19
**CONCEPTION** [1] - 10:19
**concerning** [1] - 7:17
**conditions** [1] - 13:20
**confidence** [1] - 5:15
**confident** [1] - 6:14
**confidentiality** [1] - 5:17
**Connolly** [1] - 2:5
**Constitution** [2] - 1:18, 2:12
**contact** [1] - 4:25
**contained** [1] - 5:7
**continuing** [1] - 5:23
**Cooper** [1] - 10:20
**cooperation** [1] - 6:16
**copies** [1] - 5:13
**Corkran** [1] - 10:20
**CORKRAN** [1] - 10:20

**correct** [1] - 17:3
**Cortase** [1] - 10:20
**counsel** [4] - 3:10, 3:18, 4:4, 6:11
**Counsel** [1] - 15:16
**count** [1] - 5:21
**course** [2] - 5:1, 5:17
**COURT** [11] - 1:1, 3:18, 3:22, 4:2, 4:4, 9:23, 10:3, 10:6, 14:17, 14:20, 15:4
**court** [3] - 5:14, 7:8, 7:20
**Court** [10] - 2:10, 2:11, 4:6, 4:22, 5:5, 5:9, 6:7, 6:11, 6:14, 17:2
**courthouse** [1] - 14:5
**Courthouse** [2] - 1:22, 2:11
**Courtney** [1] - 10:13
**COURTROOM** [2] - 3:2, 3:7
**courtroom** [4] - 4:7, 7:23, 8:5, 13:1
**courts** [1] - 8:3
**coverage** [1] - 5:3
**Covich** [3] - 10:20, 10:21
**COVICH** [1] - 10:21
**CR** [1] - 1:4
**Craig** [1] - 12:6
**Criminal** [1] - 3:8
**critical** [1] - 6:13
**Croft** [1] - 10:21

**D**

**D.C** [5] - 1:6, 1:16, 1:19, 2:6, 2:12
**Daine** [1] - 10:22
**Dale** [1] - 10:22
**Dan** [1] - 11:21
**Dani** [1] - 10:14
**Daniel** [2] - 11:12, 11:13
**Daniels** [1] - 10:22
**Darotheia** [1] - 11:2
**Darryl** [2] - 12:2, 12:7
**David** [8] - 10:8, 10:9, 10:18, 10:20, 10:22, 11:5, 11:16, 11:23
**Davidson** [1] - 10:23
**Dawn** [1] - 10:24
**DAY** [1] - 1:10
**DE** [1] - 10:23
**deal** [1] - 6:7
**Dean** [1] - 11:25
**Deanna** [1] - 12:4
**defendant** [4] - 5:19,

5:23, 6:2, 7:17
**Defendant** [2] - 1:7, 2:3
**defense** [1] - 3:25
**DeJames** [1] - 10:23
**DeLynn** [1] - 11:8
**denies** [1] - 6:2
**Denn** [1] - 10:24
**Dennis** [1] - 12:10
**Department** [2] - 1:14, 1:18
**Depodesta** [1] - 10:24
**DEPODESTA** [1] - 10:24
**deputy** [2] - 4:7, 13:2
**DEPUTY** [2] - 3:2, 3:7
**Derrick** [1] - 10:10
**Detmer** [1] - 10:24
**Deverona** [1] - 10:23
**Diane** [1] - 11:1
**Dick** [1] - 11:24
**difficult** [1] - 8:16
**dire** [2] - 4:11, 4:12
**disclosure** [1] - 6:2
**discuss** [2] - 6:8, 7:18
**distributing** [1] - 5:4
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [3] - 1:21, 4:6
**Donna** [2] - 10:19, 10:23
**Doug** [3] - 9:21, 9:23, 10:7
**Dow** [1] - 10:25
**down** [4] - 7:2, 9:14, 10:4, 15:7
**Downing** [1] - 10:25
**during** [1] - 8:22
**duties** [1] - 6:15
**duty** [5] - 6:17, 7:25, 8:3, 8:10, 8:14

**E**

**Eagan** [1] - 10:25
**Ed** [2] - 10:16, 11:4
**Edgar** [1] - 11:9
**Edward** [3] - 3:15, 11:15, 12:11
**effect** [1] - 6:10
**effort** [1] - 5:7
**efforts** [1] - 4:15
**Eldridge** [1] - 10:25
**elected** [1] - 5:19
**eligible** [1] - 6:15
**EMMET** [1] - 1:10
**Emmet** [1] - 4:8
**emphasize** [2] - 8:5,

9:18
**employee** [1] - 8:7
**employment** [1] - 8:7
**encourage** [1] - 6:4
**Engibous** [1] - 11:1
**ENGIBOUS** [1] - 11:8
**entertain** [1] - 8:13
**entire** [1] - 6:21
**entitled** [1] - 17:4
**Ernie** [1] - 12:9
**ESQ** [7] - 1:14, 1:17, 1:20, 2:3, 2:4, 2:4, 2:5
**evening** [1] - 13:6
**evenings** [1] - 4:24
**excellent** [1] - 14:11
**except** [1] - 7:22
**excused** [1] - 7:12
**expected** [2] - 4:21, 6:9
**expression** [1] - 6:4
**extra** [2] - 7:3, 7:4

**F**

**failed** [1] - 6:1
**fair** [1] - 6:5
**fairest** [1] - 4:15
**false** [1] - 5:21
**family** [4] - 7:19, 7:20, 8:9, 8:10
**FBI** [1] - 3:16
**Federal** [1] - 1:22
**Fejes** [1] - 11:1
**FEJES** [1] - 11:1
**few** [3] - 4:19, 5:5, 12:23
**fill** [2] - 6:21, 8:20
**financial** [1] - 6:2
**finish** [3] - 12:25, 13:23, 15:10
**finishes** [1] - 15:12
**Flanders** [1] - 11:2
**Floor** [1] - 1:15
**floor** [2] - 14:5, 14:8
**focus** [3] - 8:24, 9:3, 9:6
**folks** [1] - 15:9
**follow** [3] - 7:9, 7:11, 14:21
**Follow** [1] - 15:4
**follow-up** [1] - 7:9
**FOR** [1] - 1:1
**foregoing** [1] - 17:3
**form** [2] - 6:23, 14:23
**forms** [1] - 6:2
**four** [2] - 4:22, 14:9
**fourth** [1] - 14:5

**Fran** [1] - 10:24
**French** [1] - 4:12
**Frey** [1] - 11:2
**FREY** [1] - 11:2
**Friday** [1] - 4:23
**Friend** [2] - 11:2
**friends** [2] - 7:19, 7:20
**front** [1] - 13:2
**Fugage** [1] - 11:3
**FUGATE** [1] - 11:3
**full** [2] - 6:4, 6:6

**G**

**Galen** [1] - 10:15
**Garhart** [1] - 11:4
**Garrett** [1] - 11:4
**Gary** [1] - 12:7
**Gease** [1] - 11:3
**GEASE** [1] - 11:3
**Gene** [1] - 12:3
**generally** [1] - 4:23
**gentlemen** [1] - 4:5
**George** [3] - 11:3, 11:4, 12:9
**gifts** [1] - 6:1
**given** [3] - 8:7, 13:14, 14:22
**glass** [1] - 5:25
**Gloria** [1] - 11:25
**God** [1] - 3:5
**Goeke** [1] - 3:14
**Gohr** [1] - 11:4
**GOHR** [1] - 11:4
**Goldberg** [1] - 11:5
**Gonzales** [1] - 11:5
**Government** [1] - 1:14
**government** [6] - 3:13, 3:14, 3:15, 5:22
**government's** [1] - 6:3
**Granger** [1] - 11:5
**Gray** [1] - 12:8
**great** [1] - 6:7
**Greg** [3] - 10:22, 11:5, 11:14
**Grier** [1] - 11:5
**group** [4] - 13:8, 13:9, 13:10, 13:11
**groups** [1] - 13:7
**Grymes** [1] - 11:6
**Gwendolyn** [1] - 12:16

**H**

**Haber** [1] - 11:6
**HABER** [1] - 11:6
**Haite** [1] - 10:19

**Hancock** [1] - 11:6
**hand** [6] - 3:3, 9:7, 9:9, 9:25, 14:13, 15:1
**Hanke** [1] - 11:7
**HANKE** [1] - 11:7
**Hannah** [1] - 11:7
**Hart** [1] - 11:7
**Hatch** [1] - 11:8
**hear** [1] - 5:6
**Heather** [1] - 12:8
**Helms** [1] - 11:8
**help** [1] - 3:5
**Hencely** [1] - 11:9
**Henry** [3] - 10:16, 11:8, 12:3
**Hensel** [1] - 11:8
**HENSEL** [1] - 11:8
**Herbert** [1] - 11:6
**Hernandez** [1] - 11:9
**Hess** [1] - 11:9
**highly** [1] - 8:10
**Hill** [1] - 11:9
**hold** [1] - 4:23
**Hole** [1] - 11:11
**Holland** [3] - 11:10
**home** [4] - 4:24, 5:24, 8:6, 8:9
**Honeman** [1] - 11:11
**HONEMAN** [1] - 11:11
**honest** [1] - 5:7
**Honor** [1] - 3:20
**HONORABLE** [1] - 1:10
**Hopkins** [1] - 11:11
**Hudkins** [1] - 11:12
**hyphen** [1] - 10:14

**I**

**identify** [1] - 3:10
**Il** [1] - 10:8
**Ill** [1] - 10:22
**Imez** [1] - 11:19
**Imof** [1] - 12:18
**IMOF** [1] - 12:18
**impartial** [2] - 4:16, 6:5
**important** [2] - 4:15, 14:6
**including** [3] - 5:24, 7:18, 7:20
**incomplete** [1] - 6:20
**indictment** [1] - 5:21
**information** [2] - 5:8, 5:17
**Inouye** [1] - 11:12
**inside** [1] - 8:8

**instruct** [1] - 15:13
**instruction** [2] -
13:12, 14:6
**instructions** [9] -
7:12, 9:2, 13:4, 13:5,
13:13, 13:25, 14:4,
14:22, 15:14
**Internet** [1] - 7:16
**introduce** [1] - 3:21
**involved** [1] - 7:21
**issues** [1] - 6:6
**items** [1] - 5:25
**Ivnova** [1] - 11:12
**IVNOVA** [1] - 11:12

## J

**Jack** [2] - 10:12, 11:23
**Jackson** [1] - 11:12
**JACQUELINE** [3] -
2:10, 17:2, 17:5
**JAMES** [1] - 10:23
**James** [2] - 3:14, 11:8
**Jamie** [2] - 11:18,
12:12
**Janice** [1] - 10:14
**Jean** [2] - 12:3, 12:8
**Jeanette** [2] - 9:23,
10:7
**Jeffrey** [1] - 12:19
**Jennifer** [1] - 10:18
**Jeremiah** [2] - 10:9,
10:25
**Jeri** [1] - 10:11
**JERI** [1] - 10:12
**Jerry** [2] - 10:10,
11:19
**Jessica** [1] - 11:25
**Jim** [4] - 10:25, 11:14,
11:23, 12:11
**job** [1] - 9:3
**Joe** [3] - 3:13, 11:15,
12:5
**Joel** [1] - 12:13
**John** [8] - 10:21,
10:22, 11:3, 11:9,
11:14, 12:7, 12:13,
12:14
**Johnson** [2] - 11:13
**Johnston** [1] - 11:13
**Jolene** [1] - 10:14
**Joseph** [1] - 12:7
**JOSEPH** [1] - 1:20
**Josh** [1] - 11:9
**Joshua** [1] - 10:25
**Joy** [2] - 3:17, 11:13
**judge** [1] - 8:2
**Judge** [3] - 3:12, 3:19,
9:22

**JUDGE** [1] - 1:11
**Judy** [1] - 10:12
**Julie** [2] - 11:16, 12:2
**Junior** [1] - 12:9
**juror** [15] - 6:15, 6:16,
7:11, 7:25, 8:1, 8:2,
8:11, 8:15, 13:1,
13:5, 13:12, 13:24,
14:3, 14:5, 14:8
**JUROR** [5] - 10:1,
10:5, 14:16, 14:18,
15:2
**jurors** [5] - 3:2, 4:9,
5:11, 6:13, 13:10,
13:18
**JURY** [2] - 1:10, 3:6
**jury** [15] - 4:16, 4:20,
4:24, 5:6, 5:10, 5:12,
6:6, 6:12, 7:8, 7:19,
8:16, 9:17, 13:3,
14:22, 15:13
**justice** [1] - 6:14
**Justice** [2] - 1:14, 1:18
**Justin** [1] - 12:13

## K

**Kadera** [1] - 11:14
**KADERA** [1] - 11:14
**Kaiser** [1] - 11:14
**Kaplan** [1] - 11:14
**Kaymark** [1] - 11:14
**keep** [1] - 6:19
**Keith** [1] - 12:16
**Kelli** [1] - 11:10
**KELLI** [1] - 11:10
**Kelly** [1] - 11:10
**Ken** [2] - 11:21, 12:18
**Kennedy** [1] - 11:15
**Kenney** [1] - 11:16
**Kent** [1] - 10:19
**Kenzee** [1] - 12:4
**KENZEE** [1] - 12:4
**Kepner** [2] - 3:16,
11:15
**KEPNER** [1] - 11:15
**kept** [1] - 5:14
**Kerrigan** [1] - 11:16
**KERRIGAN** [1] - 11:16
**Kitka** [1] - 11:16
**KITKA** [1] - 11:17
**knowingly** [1] - 6:1
**Kohler** [1] - 11:17
**KOHLER** [1] - 11:17

## L

**Lacher** [1] - 11:17

**LACHER** [1] - 11:17
**Ladies** [1] - 4:5
**Lahee** [1] - 11:18
**Lanczyski** [1] - 11:18
**LANCZYSKI** [1] -
11:18
**Landon** [1] - 11:16
**Larry** [2] - 10:11,
10:22
**last** [2] - 4:21, 7:4
**Lawson** [1] - 11:18
**learn** [1] - 5:17
**leave** [10] - 6:21, 8:20,
12:23, 13:24, 14:3,
14:10, 14:11, 14:25,
15:15, 15:16
**leaving** [1] - 6:23
**legible** [1] - 7:7
**Leroy** [1] - 12:2
**Lesard** [1] - 11:19
**LESARD** [1] - 11:19
**Lethert** [1] - 11:19
**Levit** [1] - 11:19
**Lily** [1] - 10:11
**Linda** [2] - 10:17,
10:21
**Lisa** [1] - 12:15
**list** [5] - 8:21, 9:12,
9:13, 9:15, 9:18
**listed** [1] - 7:12
**listen** [4] - 5:2, 7:15,
9:11, 15:6
**Listen** [1] - 9:17
**live** [1] - 4:24
**LLP** [1] - 2:5
**look** [1] - 9:1
**Lopez** [1] - 11:20
**Louis** [1] - 11:3
**Louise** [1] - 11:13
**lounge** [6] - 13:3,
13:24, 14:4, 14:5,
14:8, 15:13
**Lucky** [1] - 12:15
**Lunquest** [1] - 11:20
**Luther** [1] - 11:20

## M

**ma'am** [1] - 15:1
**machine** [1] - 2:16
**Mack** [1] - 11:22
**maintain** [1] - 5:16
**Maloney** [1] - 11:20
**Mano** [1] - 11:2
**Mara** [1] - 11:21
**Margie** [2] - 10:15,
11:13
**Mark** [4] - 10:7, 10:9,

10:23, 12:11
**Marrs** [1] - 11:21
**MARRS** [1] - 11:21
**MARSH** [1] - 1:17
**Marsh** [1] - 3:13
**Marty** [1] - 11:22
**Mary** [2] - 3:16, 11:15
**Marzocco** [1] - 11:21
**MARZOCCO** [1] -
11:21
**matter** [1] - 17:4
**McBurney** [1] - 11:21
**McConfield** [1] - 11:22
**McGee** [1] - 11:22
**McKay** [1] - 11:22
**McKey** [2] - 11:22,
11:23
**mean** [3] - 4:12, 9:12,
10:2
**meaningful** [1] - 6:5
**media** [1] - 5:16
**Mellenson** [1] - 11:23
**member** [1] - 5:20
**members** [4] - 4:24,
7:19, 7:20
**met** [1] - 13:2
**Michael** [4] - 10:25,
11:5, 12:5, 12:10
**Michelle** [2] - 11:10,
12:6
**might** [1] - 5:3
**Mike** [2] - 11:18, 11:20
**Miller** [1] - 11:23
**mind** [1] - 6:19
**minute** [1] - 14:19
**minutes** [3] - 4:19,
5:5, 12:24
**Mira** [1] - 11:17
**Monday** [2] - 1:6, 4:23
**Morgan** [1] - 11:24
**morning** [7] - 3:12,
3:18, 3:19, 3:20, 4:4,
4:5, 13:8
**MORNING** [1] - 1:10
**Morris** [3] - 3:12,
11:24
**MORRIS** [4] - 1:14,
3:12, 3:19, 9:22
**most** [2] - 4:15, 8:6
**MR** [3] - 3:20, 3:23,
4:3
**MS** [3] - 3:12, 3:19,
9:22
**Munson** [1] - 11:23
**Munz** [1] - 11:24
**MUNZ** [1] - 11:25
**Murdock** [1] - 11:24
**must** [1] - 7:11

## N

**N.W** [3] - 1:15, 1:18,
2:6
**N/A** [1] - 6:23
**name** [5] - 4:3, 4:7,
10:3, 12:21, 12:22
**names** [7] - 8:21, 9:11,
9:14, 12:20, 12:21,
15:2, 15:7
**necessary** [1] - 13:10
**need** [8] - 7:2, 8:21,
12:24, 13:3, 13:12,
14:22, 14:23, 15:15
**needed** [1] - 5:6
**New** [1] - 1:15
**news** [1] - 7:15
**newspaper** [2] - 7:14,
7:16
**Newton** [1] - 11:25
**next** [1] - 1:25
**nice** [1] - 15:17
**Nicholas** [3] - 3:13,
11:5, 12:17
**NICHOLAS** [1] - 1:17
**None** [2] - 16:5, 16:23
**number** [7] - 7:5, 8:25,
9:5, 9:6, 12:22, 13:1,
13:13
**numerous** [1] - 5:23
**NW** [1] - 2:12

## O

**O'Keif** [1] - 11:25
**O'Neal** [1] - 11:25
**oath** [4] - 4:16, 6:11,
7:11, 13:25
**occasions** [1] - 8:15
**OF** [3] - 1:1, 1:3, 1:10
**office** [2] - 13:6, 13:12
**Office** [1] - 1:21
**Official** [2] - 2:11, 17:2
**officially** [1] - 7:23
**Oliver** [1] - 11:19
**once** [2] - 9:16, 14:3
**One** [2] - 13:8, 13:10
**one** [8] - 7:9, 7:24, 9:8,
9:9, 9:25, 10:1, 13:8,
13:11
**opportunity** [1] - 6:5
**opted** [1] - 13:19
**ordering** [1] - 13:20
**orders** [1] - 5:16
**Orr** [1] - 11:23
**Orrin** [1] - 11:7
**Osmar** [1] - 11:25
**OSMAR** [1] - 12:1

**outside** [1] - 8:6

## P

**Padilla** [1] - 12:1
**PADILLA** [1] - 12:1
**page** [12] - 1:25, 7:4, 7:5, 8:24, 8:25, 9:4, 9:5, 9:6, 12:22, 13:1, 13:20
**pages** [1] - 17:3
**PANEL** [1] - 3:6
**panel** [2] - 4:16, 7:19
**Paone** [1] - 12:1
**PAONE** [1] - 12:1
**Paramour** [1] - 12:2
**part** [1] - 6:17
**parties** [5] - 5:9, 6:4, 6:7, 7:21, 8:22
**partner** [2] - 4:1, 12:1
**pass** [1] - 8:23
**passed** [1] - 8:19
**passing** [1] - 10:2
**Pat** [2] - 10:11, 11:11
**Patola** [1] - 12:3
**Patricia** [1] - 11:24
**Patrick** [1] - 11:18
**Paul** [1] - 11:11
**Pederson** [1] - 12:2
**PEDERSON** [1] - 12:2
**Peggy** [1] - 11:4
**pen** [5] - 7:6, 9:7, 9:8, 9:10, 9:24
**pencil** [5] - 7:6, 9:7, 9:8, 9:10, 9:24
**PENNEY** [1] - 12:3
**Penney** [2] - 12:3, 12:4
**people** [4] - 4:25, 8:21, 9:12, 9:19
**permitted** [1] - 5:1
**person** [1] - 5:12
**personally** [1] - 10:2
**personnel** [1] - 7:21
**Persons** [3] - 12:4, 12:5
**persons** [1] - 7:21
**Pete** [1] - 11:19
**Peter** [1] - 10:21
**Peterson** [1] - 12:3
**Pettegrew** [1] - 12:5
**Phalan** [1] - 12:5
**PHELAN** [1] - 12:5
**Phelps** [2] - 11:6, 12:6
**place** [2] - 8:7, 12:21
**Plaintiff** [1] - 1:4
**pleasure** [1] - 15:9
**Pluta** [1] - 12:6

**PLUTA** [1] - 12:6
**point** [1] - 8:20
**possible** [1] - 4:16
**potential** [1] - 4:16
**Powell** [1] - 12:6
**presiding** [1] - 9:13
**press** [1] - 5:3
**previously** [1] - 4:7
**price** [1] - 5:25
**Priest** [2] - 12:6, 12:7
**proceedings** [1] - 17:4
**Proceedings** [2] - 2:16, 15:18
**process** [6] - 4:11, 4:18, 7:8, 9:16, 13:10, 14:7
**produced** [1] - 2:16
**propounded** [1] - 3:4
**prospective** [7] - 3:2, 4:9, 7:11, 9:18, 9:19, 12:20, 13:18
**PROSPECTIVE** [6] - 3:6, 10:1, 10:5, 14:16, 14:18, 15:2
**provided** [1] - 7:6
**providing** [1] - 8:9
**public** [1] - 5:15
**purpose** [2] - 5:10, 6:3
**put** [1] - 12:25

## Q

**qualified** [1] - 5:10
**questionnaire** [26] - 4:14, 5:4, 5:8, 5:10, 5:13, 5:18, 6:3, 6:9, 6:10, 6:17, 6:18, 6:21, 7:4, 7:10, 8:19, 8:21, 8:23, 8:24, 9:3, 9:4, 12:24, 12:25, 13:16, 13:23, 14:7, 15:11
**questionnaires** [1] - 13:18
**questions** [19] - 3:4, 4:14, 4:18, 5:7, 5:12, 6:21, 7:9, 9:1, 9:15, 9:16, 13:15, 13:16, 13:22, 14:1, 14:12, 14:24, 15:4, 15:10

## R

**radio** [1] - 7:17
**Rainy** [1] - 12:7
**raise** [4] - 3:3, 9:7, 9:9, 9:24
**Ralston** [1] - 12:7

**Randall** [1] - 12:7
**rather** [1] - 6:23
**Raycraft** [1] - 12:9
**read** [8] - 5:2, 7:13, 7:15, 8:21, 9:11, 9:18, 15:6
**reason** [1] - 14:21
**reasonably** [1] - 6:19
**reasons** [2] - 8:12, 8:13
**receive** [1] - 5:3
**received** [1] - 5:23
**recognize** [6] - 9:14, 10:2, 10:3, 12:21, 15:5, 15:7
**record** [2] - 3:11, 17:4
**Redmond** [1] - 12:8
**reduced** [1] - 5:24
**relate** [1] - 7:14
**renovations** [1] - 5:24
**repeat** [1] - 13:10
**report** [1] - 6:1
**reported** [1] - 2:16
**Reporter** [2] - 2:10, 2:11, 17:2
**requested** [1] - 13:6
**respect** [1] - 8:24
**response** [3] - 4:17, 5:13, 14:1
**responsibility** [4] - 7:25, 8:4, 8:11, 8:14
**restricted** [1] - 5:1
**Resz** [1] - 12:8
**RESZ** [1] - 12:9
**return** [1] - 13:3
**returned** [1] - 5:14
**returning** [1] - 6:16
**reviewing** [1] - 5:18
**Rex** [1] - 11:22
**Rice** [1] - 12:9
**Richeson** [1] - 12:10
**RICHESON** [1] - 12:10
**Ricky** [2] - 11:3, 11:22
**Rightson** [1] - 12:19
**Rita** [1] - 11:12
**Rob** [1] - 4:1
**Robert** [10] - 10:8, 10:10, 10:11, 10:22, 12:4, 12:5, 12:10, 12:12, 12:19
**ROBERT** [1] - 2:4
**Robin** [2] - 11:1, 11:2
**Robinson** [1] - 12:11
**Rody** [1] - 12:11
**Roger** [1] - 10:17
**ROMAIN** [1] - 2:4
**Romain** [1] - 4:1
**Ron** [1] - 12:7
**Room** [1] - 2:11

**Roy** [1] - 10:24
**RPR** [1] - 2:10
**run** [1] - 4:22
**Russ** [1] - 11:11

## S

**Sampson** [1] - 12:11
**save** [2] - 5:11, 6:7
**seal** [1] - 5:15
**Sean** [1] - 11:25
**seated** [1] - 3:7
**see** [2] - 13:6, 13:16
**select** [3] - 4:15, 5:10, 6:5
**selected** [3] - 4:9, 4:23, 5:13
**selecting** [1] - 5:6, 6:12, 9:17
**selection** [2] - 4:21, 7:8
**Senate** [1] - 5:20
**Senator** [2] - 3:23, 3:25
**send** [1] - 13:18
**September** [1] - 1:6
**seriously** [3] - 7:24, 8:3, 8:14
**serve** [9] - 6:15, 7:25, 8:1, 8:4, 8:11, 8:12, 8:14, 8:18
**served** [2] - 8:2
**service** [2] - 7:13, 8:17
**SESSION** [1] - 1:10
**set** [1] - 4:20
**seven** [1] - 5:21
**seven-count** [1] - 5:21
**Seventh** [1] - 1:22
**Sevrin** [1] - 12:16
**Shakalin** [1] - 12:16
**Shamit** [1] - 12:11
**Sheffield** [1] - 12:12
**Sheila** [1] - 12:9
**Shively** [1] - 12:12
**SHIVELY** [1] - 12:12
**shorter** [1] - 4:22
**shorthand** [1] - 2:16
**Sid** [1] - 10:9
**sign** [4] - 6:9, 12:25, 13:17, 13:21
**signature** [1] - 13:17
**signed** [1] - 13:19
**similar** [1] - 5:12
**sit** [1] - 5:11
**sitting** [1] - 13:2
**Slemmons** [1] - 12:13
**solemnly** [1] - 3:3
**someone** [1] - 9:15

**Sometimes** [1] - 13:18
**son** [1] - 12:11
**soon** [1] - 15:10
**sorry** [1] - 14:17
**space** [6] - 6:25, 7:2, 7:3, 7:4, 13:17
**Special** [1] - 3:16
**spell** [1] - 10:8
**Sproule** [1] - 12:13
**SPROULE** [1] - 12:13
**stained** [1] - 5:25
**stand** [2] - 3:23, 15:15
**start** [1] - 4:11
**state** [1] - 7:5
**statement** [1] - 6:10
**statements** [1] - 5:22
**STATES** [3] - 1:1, 1:3, 1:11
**States** [8] - 1:14, 1:18, 1:21, 3:8, 4:6, 4:10, 5:20, 5:21
**Stephen** [1] - 12:14
**STEPHEN** [1] - 12:14
**Stepp** [1] - 12:14
**Steve** [2] - 10:20, 11:11
**STEVENS** [1] - 1:6
**Stevens** [8] - 3:9, 3:21, 3:25, 4:10, 5:19, 12:14, 12:15
**STEWART** [1] - 2:5
**Stewart** [1] - 4:1
**Stifle** [1] - 12:13
**Stitzer** [1] - 12:15
**STITZER** [1] - 12:15
**Street** [1] - 2:6
**Sue** [1] - 10:13
**Sullivan** [3] - 3:15, 4:3, 4:8
**SULLIVAN** [8] - 1:10, 2:3, 2:10, 3:20, 3:23, 4:3, 17:2, 17:5
**summoned** [4] - 8:1, 8:15, 8:18
**Susan** [1] - 10:21
**Sutherland** [1] - 12:16
**Swanson** [2] - 12:16
**swear** [1] - 3:3
**Sykes** [1] - 12:16
**system** [1] - 6:14

## T

**team** [1] - 3:25
**Ted** [2] - 3:21, 9:23
**television** [1] - 7:16
**Terry** [1] - 10:14
**testify** [2] - 8:22, 9:13

**THE** [12] - 1:1, 1:10, 3:18, 3:22, 4:2, 4:4, 9:23, 10:3, 10:6, 14:17, 14:20, 15:4
**themselves** [1] - 4:25
**Theodore** [4] - 3:8, 4:10, 5:19, 12:14
**THEODORE** [1] - 1:6
**Thomas** [1] - 11:20
**three** [1] - 13:20
**Thursday** [1] - 13:11
**Ti** [1] - 11:12
**Tim** [1] - 11:23
**today** [4] - 9:3, 12:24, 13:16, 13:24
**Tom** [3] - 10:20, 11:23, 12:16
**tomorrow** [2] - 13:7, 13:8
**top** [6] - 8:25, 9:4, 9:5, 9:6, 12:22, 13:1
**transcript** [2] - 2:16, 17:3
**TRANSCRIPT** [1] - 1:10
**transcription** [1] - 2:16
**trial** [4] - 4:13, 4:20, 4:23, 8:23
**TRIAL** [1] - 1:10
**Trish** [1] - 12:11
**true** [1] - 8:8
**truly** [1] - 3:4
**truthfully** [3] - 4:12, 4:17, 14:1
**try** [2] - 6:6, 14:13
**Tryck** [1] - 12:17
**TRYCK** [1] - 12:17
**Tucker** [1] - 12:17
**turn** [1] - 9:4
**Turner** [1] - 12:17
**Twelfth** [1] - 2:6
**two** [1] - 13:7
**Tyree** [1] - 12:18
**TYREE** [1] - 12:18
**Tyron** [1] - 12:17

## U

**U.S** [3] - 1:22, 2:11, 3:23
**under** [5] - 5:15, 5:16, 6:11, 7:11, 13:25
**UNITED** [3] - 1:1, 1:3, 1:11
**United** [8] - 1:14, 1:18, 1:21, 3:8, 4:6, 4:10, 5:20, 5:21
**up** [4] - 3:23, 7:9,

14:13, 15:1

## V

**valuable** [2] - 8:6, 8:9
**value** [1] - 5:24
**VanDergrift** [1] - 12:18
**Vern** [1] - 12:19
**Vicky** [1] - 11:6
**views** [1] - 7:22
**Vince** [1] - 10:12
**voir** [2] - 4:11, 4:12
**vs** [2] - 3:8, 4:10

## W

**wait** [2] - 5:11, 15:11
**Wallace** [1] - 10:15
**Waller** [1] - 12:19
**Walter** [1] - 12:15
**Washington** [5] - 1:6, 1:16, 1:19, 2:6, 2:12
**watch** [1] - 5:2
**Wednesday** [3] - 13:7, 13:9, 13:11
**weekends** [1] - 4:25
**weeks** [1] - 4:22
**welcome** [2] - 4:5, 10:6
**Wendy** [1] - 10:25
**whatsoever** [1] - 7:13
**willfully** [1] - 6:1
**William** [3] - 10:17, 11:4, 11:9
**Williams** [2] - 2:5, 12:19
**Wilson** [1] - 12:19
**window** [1] - 5:25
**witnesses** [4] - 9:13, 9:18, 9:20, 12:20
**WITNESSES** [1] - 16:3
**Woody** [1] - 10:24
**words** [1] - 4:11
**works** [1] - 8:8
**write** [8] - 6:23, 6:25, 7:2, 9:14, 10:3, 12:21, 14:22, 15:7
**written** [1] - 6:6

## Y

**York** [1] - 1:15
**yourself** [1] - 6:7
**yourselves** [1] - 3:10