```
 1                    UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2

 3     UNITED STATES OF AMERICA,      .
                                      .
 4              Plaintiff,            .
                                      .  CR No. 08-231
 5         v.                         .
                                      .
 6     THEODORE F. STEVENS,           .  Washington, D.C.
                                      .  Friday, October 10, 2008
 7              Defendant.            .  9:46 a.m.
                                      .
 8     . . . . . . . . . . . . . .    .

 9
              TRANSCRIPT OF JURY TRIAL - DAY 14 - MORNING SESSION
10                        BENCH CONFERENCES
                   BEFORE THE HONORABLE EMMET G. SULLIVAN
11                   UNITED STATES DISTRICT JUDGE

12     APPEARANCES:

13
       For the Government:          BRENDA K. MORRIS, ESQ.
14                                  United States Department of Justice
                                    1400 New York Avenue, N.W.
15                                  12th Floor
                                    Washington, D.C.  20005
16                                  202-514-1412

17                                  NICHOLAS A. MARSH, ESQ.
                                    United States Department of Justice
18                                  10th and Constitution Avenue, N.W.
                                    Washington, D.C.  20530
19                                  202-307-1049

20                                  JOSEPH W. BOTTINI, ESQ.
                                    United States Attorney's Office
21                                  District of Alaska
                                    222 W. Seventh Avenue
22                                  Federal Building and U.S. Courthouse
                                    Anchorage, Alaska  99513-7567
23                                  907-271-5071

24
       APPEARANCES con't. on next page.
25
```

2

1    APPEARANCES, con't.

2

3

     For the Defendant:          BRENDAN V. SULLIVAN, ESQ.
4                                ROBERT M. CARY, ESQ.
                                 ALEX G. ROMAIN, ESQ.
5                                BETH STEWART, ESQ.
                                 JOSEPH TERRY, ESQ.
6                                Williams & Connolly, LLP
                                 725 Twelfth Street, N.W.
7                                Washington, D.C.  20005
                                 202-434-5000
8

9

10

11   Court Reporter:            JACQUELINE M. SULLIVAN, RPR
                                 Official Court Reporter
12                               U.S. Courthouse, Room 6720
                                 333 Constitution Avenue, NW
13                               Washington, D.C. 20001
                                 202-354-3187
14

15

16

     Proceedings reported by machine shorthand, transcript produced
17   by computer-aided transcription.

18

19

20

21

22

23

24

25

1          MR. MARSH:  They just said they gave him a gift two

2   days later after the auction.  They gave him a gift that year

3   and they gave it to him before the auction, a completely

4   different time

5          MR. ROMAIN:  Your Honor, first of all, it is

6   completely beyond this probe.  I didn't talk about guns at all.

7   Secondly, this is not charged.  We haven't discussed this before

8   the Court at all.  It was not charged, it wasn't noticed.  We'd

9   like to record to reflect our objection.  This has nothing to do

10   with him testifying about this or the government's charge.

11          MR. MARSH:  Absolutely.  Cross-examination.  We're not

12   saying anything is wrong with the gun.

13          THE COURT:  Let's put this on the record.

14                        -  -  -

15

16          MR. MARSH:  Your Honor, they talked about the fact

17   that the senator is not given all these things.  They talked

18   about the fact that all the items were in fact heavily overbid.

19   A year-and-a-half later Senator Stevens buys it at auction for

20   less than.

21          THE COURT:  Is this alleged in the indictment?

22          MR. MARSH:  It's cross-examination to show the fact

23   that none of this stuff --

24          THE COURT:  Objection sustained.

25          (End of bench conferences.)

1                      - - -

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I N D E X

WITNESSES:

     None.

E X H I B I T S

None.

CERTIFICATE

1    I, JACQUELINE M. SULLIVAN, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

_____
JACQUELINE M. SULLIVAN