```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


 UNITED STATES OF AMERICA,       .
                                 .
         Plaintiff,              .
                                 .  CR No. 08-231
     v.                          .
                                 .
 THEODORE F. STEVENS,            .  Washington, D.C.
                                 .  Tuesday, October 14, 2008
         Defendant.              .  9:33 a.m.
                                 .
 . . . . . . . . . . . . . .     .


      TRANSCRIPT OF JURY TRIAL - DAY 15 - MORNING SESSION
                      BENCH CONFERENCES
           BEFORE THE HONORABLE EMMET G. SULLIVAN
                  UNITED STATES DISTRICT JUDGE


 APPEARANCES:


 For the Government:         BRENDA K. MORRIS, ESQ.
                             United States Department of Justice
                             1400 New York Avenue, N.W.
                             12th Floor
                             Washington, D.C.  20005
                             202-514-1412

                             NICHOLAS A. MARSH, ESQ.
                             United States Department of Justice
                             10th and Constitution Avenue, N.W.
                             Washington, D.C.  20530
                             202-307-1049

                             JOSEPH W. BOTTINI, ESQ.
                             United States Attorney's Office
                             District of Alaska
                             222 W. Seventh Avenue
                             Federal Building and U.S. Courthouse
                             Anchorage, Alaska  99513-7567
                             907-271-5071



 APPEARANCES con't. on next page.
```

```
 1      APPEARANCES, con't.
 2
 3
        For the Defendant:        BRENDAN V. SULLIVAN, ESQ.
 4                                ROBERT M. CARY, ESQ.
                                  ALEX G. ROMAIN, ESQ.
 5                                BETH STEWART, ESQ.
                                  JOSEPH TERRY, ESQ.
 6                                Williams & Connolly, LLP
                                  725 Twelfth Street, N.W.
 7                                Washington, D.C.  20005
                                  202-434-5000
 8
 9
10
11      Court Reporter:           JACQUELINE M. SULLIVAN, RPR
                                  Official Court Reporter
12                                U.S. Courthouse, Room 6720
                                  333 Constitution Avenue, NW
13                                Washington, D.C. 20001
                                  202-354-3187
14
15
16
        Proceedings reported by machine shorthand, transcript produced
17      by computer-aided transcription.
18
19
20
21
22
23
24
25
```

1           MR. MARSH:  To sum, I just wanted to point something
2  out to the Court.  Mr. Persons testified before the grand jury
3  and he invoked his Fifth Amendment right against
4  self-incrimination more than twenty times, and that related in
5  part to a telephone conference that was admitted into evidence
6  and we believe is something they're going to discuss with Mr.
7  Persons.
8           THE COURT:  Does he have a lawyer?
9           MR. CARY:  He does in Alaska.
10          MR. MARSH:  And so we believe that is a concern.
11          THE COURT:  Do you think --
12          MR. CARY:  He may --
13          MS. MORRIS:  Judge, we would just ask, if they're
14  inclined to use him, that he be fully proffered beforehand, that
15  he knows what he's doing.
16          THE COURT:  We need to get his lawyer on the phone.
17  If he wants to waive, that's fine.
18          MR. CARY:  Can we do that over lunch maybe?
19          MR. MARSH:  I did see his attorney here last week, I
20  believe, so it could be that he's here, maybe still here.
21          THE COURT:  Can you find out if his lawyer is still
22  around?
23          MR. CARY:  Yes.  I actually don't think he is, but I
24  will find out.
25          MR. MARSH:  Thank you, your Honor.

```
 1                          - - -
 2
 3           THE COURT:  She's giving her opinion.  Do you want her
 4   to give reputation testimony?
 5           MR. CARY:  Yes.
 6           THE COURT:  Lay the foundation.
 7           MR. CARY:  That's all I'm trying to do.
 8           THE COURT:  Lay your foundation for that.
 9           MR. CARY:  That's all I was trying to do.
10                          - - -
11
12           MR. CARY:  Two things, your Honor.  One is, I'm trying
13   not to lead.  The second thing is, that there were statements,
14   denials of statements elicited by Mr. Sullivan on
15   cross-examination of Bill Allen.  I was trying to ask those
16   exact same questions that Mr. Allen denied, as prior
17   inconsistent statements.  I backed off the leading.  I'm trying
18   not to lead, but I think I'm entitled to contradict Mr. Allen's
19   testimony, of his star witness.
20           MR. BOTTINI:  It's still hearsay.
21           MR. CARY:  It's a prior inconsistent statement, your
22   Honor.
23           THE COURT:  It's hearsay.  Objection sustained.
24           (End of bench conferences.)
25                          - - -
```

```
 1                            I N D E X

 2

 3    WITNESSES:

 4

 5    None.

 6

 7

 8

 9

10

11

12

13

14                           E X H I B I T S

15

16    None.

17

18

19

20

21

22

23

24

25
```

Jacqueline Sullivan, RPR
Official Court Reporter

1                           CERTIFICATE

2          I, JACQUELINE M. SULLIVAN, Official Court Reporter,

3    certify that the foregoing pages are a correct transcript from

4    the record of proceedings in the above-entitled matter.

5                              _____
                               JACQUELINE M. SULLIVAN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25