```
1                      UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,      .
                                    .
4             Plaintiff,            .
                                    .  CR No. 08-231
5         v.                        .
                                    .
6    THEODORE F. STEVENS,           .  Washington, D.C.
                                    .  Thursday, October 16, 2008
7             Defendant.            .  9:33 a.m.
                                    .
8    . . . . . . . . . . . . . .    .

9
            TRANSCRIPT OF JURY TRIAL - DAY 17 - MORNING SESSION
10                        BENCH CONFERENCE
                 BEFORE THE HONORABLE EMMET G. SULLIVAN
11                UNITED STATES DISTRICT JUDGE

12
     APPEARANCES:
13

14   For the Government:           BRENDA K. MORRIS, ESQ.
                                   United States Department of Justice
15                                 1400 New York Avenue, N.W.
                                   12th Floor
16                                 Washington, D.C.  20005
                                   202-514-1412
17
                                   NICHOLAS A. MARSH, ESQ.
18                                 United States Department of Justice
                                   10th and Constitution Avenue, N.W.
19                                 Washington, D.C.  20530
                                   202-307-1049
20
                                   JOSEPH W. BOTTINI, ESQ.
21                                 United States Attorney's Office
                                   District of Alaska
22                                 222 W. Seventh Avenue
                                   Federal Building and U.S. Courthouse
23                                 Anchorage, Alaska  99513-7567
                                   907-271-5071
24

25
     APPEARANCES con't. on next page.
```

1    APPEARANCES, con't.

2

3

     For the Defendant:          BRENDAN V. SULLIVAN, ESQ.
4                                ROBERT M. CARY, ESQ.
                                 ALEX G. ROMAIN, ESQ.
5                                BETH STEWART, ESQ.
                                 Williams & Connolly, LLP
6                                725 Twelfth Street, N.W.
                                 Washington, D.C.  20005
7                                202-434-5000

8

9

10   Court Reporter:            JACQUELINE M. SULLIVAN, RPR
11                              Official Court Reporter
                                U.S. Courthouse, Room 6720
12                              333 Constitution Avenue, NW
                                Washington, D.C. 20001
13                              202-354-3187

14

15

16   Proceedings reported by machine shorthand, transcript produced
     by computer-aided transcription.
17

18

19

20

21

22

23

24

25

1           MR. MARSH:  Respectfully, your Honor, the defendant

2     didn't have any -- I mean the witness didn't have any problems

3     answering the question.  There's no basis that his recollection

4     needs to be refreshed.  He answered the question.

5           MR. CARY:  He said he did not recall.  I'm confident

6     of it.  He did say that.  He did say that.

7              (End of bench conference.)

8                         - - -

I N D E X

WITNESSES:

    None.

E X H I B I T S

None.

1                        CERTIFICATE

2          I, JACQUELINE M. SULLIVAN, Official Court Reporter,

3   certify that the foregoing pages are a correct transcript from

4   the record of proceedings in the above-entitled matter.

5                    _____

6                    JACQUELINE M. SULLIVAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25