<pre>
 1                    UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2

 3     UNITED STATES OF AMERICA,      .
                                      .
 4              Plaintiff,            .
                                      .  CR No. 08-231
 5         v.                         .
                                      .
 6     THEODORE F. STEVENS,           .  Washington, D.C.
                                      .  Wednesday, October 22, 2008
 7              Defendant.            .  9:12 a.m.
                                      .
 8     . . . . . . . . . . . . . .    .

 9               TRANSCRIPT OF JURY TRIAL - DAY 21
                         BENCH CONFERENCES
10           BEFORE THE HONORABLE EMMET G. SULLIVAN
                   UNITED STATES DISTRICT JUDGE
11

12     APPEARANCES:

13

       For the Government:          BRENDA K. MORRIS, ESQ.
14                                   United States Department of Justice
                                     1400 New York Avenue, N.W.
15                                   12th Floor
                                     Washington, D.C.  20005
16                                   202-514-1412

17                                   NICHOLAS A. MARSH, ESQ.
                                     United States Department of Justice
18                                   10th and Constitution Avenue, N.W.
                                     Washington, D.C.  20530
19                                   202-307-1049

20                                   JOSEPH W. BOTTINI, ESQ.
                                     United States Attorney's Office
21                                   District of Alaska
                                     222 W. Seventh Avenue
22                                   Federal Building and U.S. Courthouse
                                     Anchorage, Alaska  99513-7567
23                                   907-271-5071

24

25     APPEARANCES con't. on next page.
</pre>

1    APPEARANCES, con't.

2

3

     For the Defendant:          BRENDAN V. SULLIVAN, ESQ.
4                                ROBERT M. CARY, ESQ.
                                 ALEX G. ROMAIN, ESQ.
5                                BETH STEWART, ESQ.
                                 JOSEPH TERRY, ESQ.
6                                CRAIG SINGER, ESQ.
                                 Williams & Connolly, LLP
7                                725 Twelfth Street, N.W.
                                 Washington, D.C.  20005
8                                202-434-5000

9

10

11

     Court Reporter:             JACQUELINE M. SULLIVAN, RPR
12                               Official Court Reporter
                                 U.S. Courthouse, Room 6720
13                               333 Constitution Avenue, NW
                                 Washington, D.C. 20001
14                               202-354-3187

15

16

17   Proceedings reported by machine shorthand, transcript produced
     by computer-aided transcription.
18

19

20

21

22

23

24

25

1          MR. MARSH:  Calendar year, add the words "calendar

2     year" right before the year 2000, 2001 calendar year.

3          MR. SINGER:  We've been doing that throughout.  We

4     have just been saying 2001.

5          THE COURT:  It's an incomplete sentence, though.  To

6     establish, the government must first prove beyond a reasonable

7     doubt that in response to the following question he did

8     something.

9          MR. SINGER:  It continues.

10          THE COURT:  All right.  That's fine.  I'll add to it

11     "calendar year."  That's fine.

12                              - - -

13

14          MR. MARSH:  We were told that the jurors were two and

15     four.

16          THE COURT:  Wait a minute.

17          MR. MARSH:  We were given -- okay, okay.

18          THE COURT:  All right.  I thought we had cleared this

19     before.

20          MR. MARSH:  We were.  We just got wrong information

21     somehow.  We were told that defendant's picks were two and four,

22     and they're quite obviously not.

23          MR. CARY:  This was our information.

24          THE COURT:  Are you okay?

25          MR. MARSH:  I mean, obviously not.

1          THE COURT:  Okay.  So we're all on the same page,

2     counsel?

3          (No verbal response from counsel.)

5

1                            I N D E X

2

3    WITNESSES:

4

5          None.

6

7

8

9

10

11

12

13

14                      E X H I B I T S

15

16    None.

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

I, JACQUELINE M. SULLIVAN, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

_____
JACQUELINE M. SULLIVAN