```
 1                      UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
 2

 3     UNITED STATES OF AMERICA,        .
                                        .
 4               Plaintiff,             .
                                        .  CR No. 08-231
 5        v.                            .
                                        .
 6     THEODORE F. STEVENS,             .  Washington, D.C.
                                        .  Thursday, July 31, 2008
 7               Defendant.             .  1:09 p.m.
                                        .
 8     . . . . . . . . . . . . . .      .  ***SEALED portion redacted.

 9

10                      TRANSCRIPT OF ARRAIGNMENT
                 BEFORE THE HONORABLE EMMET G. SULLIVAN
11                  UNITED STATES DISTRICT JUDGE

12     APPEARANCES:

13     For the Government:            BRENDA MORRIS, ESQ.
                                      EDWARD SULLIVAN, ESQ.
14                                    NICHOLAS MARSH, ESQ.
                                      United States Department of Justice
15                                    1400 New York Avenue, N.W.
                                      12th Floor
16                                    Washington, D.C.  20005
                                      202-514-1412
17
       For the Defendant:            BRENDAN V. SULLIVAN, ESQ.
18                                    ROBERT CAREY, ESQ.
                                      Williams & Connolly, LLP
19                                    725 Twelfth Street, N.W.
                                      Washington, D.C.  20005
20                                    202-434-5000

21     Court Reporter:               JACQUELINE M. SULLIVAN, RPR
                                      Official Court Reporter
22                                    U.S. Courthouse, Room 6720
                                      333 Constitution Avenue, NW
23                                    Washington, D.C. 20001
                                      202-354-3187
24
       Proceedings reported by machine shorthand, transcript produced
25     by computer-aided transcription.
```

```
 1                      P R O C E E D I N G S
 2             COURTROOM DEPUTY:  Criminal case 08-231, United States
 3     vs. Theodore Stevens.
 4             Would counsel please identify yourselves for the
 5     record?
 6             MS. MORRIS:  For the government, Brenda Morris, Nick
 7     Marsh, and Ed Sullivan.  Good afternoon, Judge.
 8             THE COURT:  Good afternoon.
 9             MR. SULLIVAN:  Good afternoon, your Honor.  For the
10     defense, Brendan Sullivan and Rob Carey.
11             THE COURT:  All right.  Good afternoon.  And your
12     client?
13             MR. SULLIVAN:  Senator Ted Stevens, your Honor.
14             THE COURT:  Good afternoon, sir.
15             All right.  Let me invite defense counsel and Senator
16     Stevens to the microphone.  I'm going to ask the courtroom
17     deputy to proceed with the arraignment.
18             COURTROOM DEPUTY:  May the record reflect that the
19     defendant has received a copy of the indictment.  Does the
20     defendant waive formal reading of the indictment?
21             MR. SULLIVAN:  Yes, we do.
22             COURTROOM DEPUTY:  In criminal number 08-231, you are
23     charged with false statements.  How do you wish to plead?
24             MR. SULLIVAN:  We plead not guilty, your Honor.
25             THE COURT:  All right.  How would you like to proceed,
```

1     counsel?

2             MR. SULLIVAN:  Your Honor, I have a couple of things I

3     want to bring to the Court's attention.

4             THE COURT:  Sure.

5             MR. SULLIVAN:  And I think -- could he sit down?

6             THE COURT:  Sure.  You can have a seat, or you can

7     stand next to your attorney.  It's your choice.

8             MR. SULLIVAN:  All right.  Why don't you sit down

9     then, Senator?

10            Your Honor, a couple of things I wanted to bring to

11    the Court's attention.  The government, as you probably know,

12    chose to indict this case 28 days before a primary in Alaska,

13    which is now scheduled for August 26th.  The general election

14    next for Senator Ted Stevens is on November 4th, which will be

15    98 days after the indictment was returned, and I appear here

16    today not to ask for any special favors because he's a senator

17    and served forty years in the Senate, but I do want to ask the

18    Court to give consideration to the fact that he would like to

19    clear his name before the general election, and to do that we

20    respectfully request, if at all possible, not asking that other

21    defendants be interfered with, I don't know this Court's

22    schedule.  If I had the schedule in front of me I wouldn't know

23    what's realistic to be tried or not to be tried, but I want to

24    make a request if at all possible that the trial be in October

25    so that he could clear his name before the general election.

1          One other thing that I should point out, at the

2     earliest possible time, your Honor, for your consideration, is

3     that we would like to promptly file a motion for venue change

4     because it appears certain that more than ninety percent of the

5     witnesses in this case, which I'm told could number in the forty

6     to fifty range, are in Alaska, and the site of the events which

7     surround all of this indictment are in Alaska, and therefore our

8     preliminary request to the Court if the Court could possibly

9     find some way to do this if it is possible is to have an

10    expedited schedule for filing of a venue motion.  The defense

11    could file by Monday, August 4th.  We're suggesting a shortened

12    date, and the government could file its reply by August 8th, and

13    the defense would be willing to file its final papers by August

14    11th.  That would bring to the Court all of the crucial start-up

15    issues, and I felt I wanted to at least present this to the

16    Court today to give you a heads-up so that there will be no

17    surprises as to what we're asking for.

18         THE COURT:  What about discovery?

19         MR. SULLIVAN:  Your Honor, we would ask that discovery

20    be expedited.  The government's been investigating this case I

21    believe at least a couple of years, and we don't know whether

22    they're going to have an open-book approach to it and just give

23    us the discovery, but we certainly request that we be provided

24    discovery as immediately as possible.  We were hoping to get

25    some today.  We would also ask for Brady material immediately,

```
 1   if possible, and I don't know what the Court's policy is on

 2   Jencks, but I've sometimes appeared in courts which the judge

 3   would actually suggest -- I know it can't be ordered -- but that

 4   Jencks material be provided so that there would be absolutely no

 5   delay in the proceedings themselves.  Those would be our

 6   positions for your consideration.

 7           THE COURT:  All right.  I can ask government counsel

 8   this question.  Has the government's attorney told you how long

 9   the government believes it would take to present its case in

10   chief?

11           MR. SULLIVAN:  I have personally not been told, but I

12   hear through my counsel that it was suggested that the case

13   might take a week, and from our position I think our defense

14   would take a week as well.  If that's --

15           THE COURT:  Thirty or forty witnesses, I'm thinking

16   thirty or forty, that's what you said, thirty or forty witnesses

17   in a week?  I'm not so sure.

18           MR. SULLIVAN:  My feeling is, given what I know about

19   the case, your Honor, they would be very quick witnesses.  I

20   could literally see some days in which there would be ten.

21           THE COURT:  All right.  Thank you.

22           MR. SULLIVAN:  Thank you, sir.

23           THE COURT:  Counsel?

24           MS. MORRIS:  Yes, Judge.  May we approach?

25           THE COURT:  Sure.
```

1          MS. MORRIS:  The government is certainly willing to

2    accommodate the defendant as far as trial schedule.  That is

3    absolutely fine.  I do want to clarify, I'm not quite sure, I

4    think Mr. Sullivan is referring to Mr. Carey, co-counsel, as far

5    as the trial taking a week.  I don't think we ever represented a

6    week.  We thought more along the lines of three weeks, and that

7    would be pushing it, but we think that we can fairly represent

8    to the Court that three weeks would be a safe bet for the

9    government's case, to put on its case in chief.

10          As far as discovery, your Honor, we do have discovery

11    that is all ready for the defendant.  We would ask that the

12    defendant provide us with a 500-gigabyte hard drive so that we

13    can copy that material and then provide it to him.  The bulk of

14    it can be provided next week.  The bulk, your Honor, is in the

15    form of electronic media, that being videotapes.  There was a

16    T-3 in this case.  There were some videotapes, there's

17    audiotape, and there was some consensual monitorings.  There is

18    some not only documentary evidence but that evidence as well, so

19    the bulk of that can be provided to defense counsel next week.

20          THE COURT:  All right.  What about counsel's

21    suggestion about a venue change?

22          MS. MORRIS:  If the Court would like to entertain such

23    a motion we will certainly respond.  I think that venue change

24    is inappropriate.  I think this is a false statements case.  We

25    have anticipated that the witnesses that are here, he is

1    correct, there are a number of witnesses coming down from

2    Alaska, but we've taken all of that into consideration, and we

3    have accommodations ready to get those witnesses here on trial

4    on time.

5            THE COURT:  I'm going to huddle with my staff for a

6    few minutes with respect to defense counsel's suggestions about

7    a trial date prior to the general election.  Let me just say

8    that I was totally unaware of any primary elections anywhere.

9    Of course everyone's aware of a national election in November,

10   but I was unaware of any primary elections in the state of

11   Alaska.

12           How realistic is it from the government's viewpoint

13   that this case could be tried prior to November?

14           MS. MORRIS:  We have --

15           THE COURT:  I mean recognizing that the Court has

16   other matters on its calendar as well and some have been set

17   with priority and some have been set for significant reasons and

18   I'm not so sure it's possible for the Court to move those other

19   matters, but assuming the best-case scenario, if there were no

20   impediments on the Court's calendar to trying this case, when

21   would you be ready to try this case?

22           MS. MORRIS:  We can try this case on September 22nd.

23           THE COURT:  And your best prediction is that from the

24   government's point of view it would take three weeks to present

25   your case in chief, or you don't know how many witnesses they

```
1    have, to present the government's case in chief?

2              MS. MORRIS:  Yes, your Honor.  And that's of course a

3    guesstimation, but that's about right.

4              THE COURT:  All right.  While I have you at the

5    podium, with respect to the bond issue, what's the government's

6    position?

7              MS. MORRIS:  The government would agree to the

8    defendant staying out on ROR.  We would ask, though, your Honor,

9    that he deliver his passport to the Court.

10             THE COURT:  You're not asking for additional

11   conditions of release then?

12             MS. MORRIS:  No, your Honor.  We think that's

13   unnecessary.

14             THE COURT:  All right.

15             Mr. Sullivan?

16             MR. SULLIVAN:  I never did figure out what a gigabyte

17   was, but I'm sure we got someone around --

18             THE COURT:  Someone in your office will be able to

19   tell you.

20             MR. SULLIVAN:  And we need five hundred of them.

21   We'll give you five hundred.

22             THE COURT:  They're probably on the way over to the

23   courthouse with it now.

24             MR. SULLIVAN:  Probably so, your Honor.

25             THE COURT:  I'm going to huddle with my staff in a few
```

1    minutes.   There are many other matters on my calendar, but the

2    reason for your request is not an insignificant one.   He wants

3    his day in court, if at all possible, prior to the general

4    election in November, correct?

5              MR. SULLIVAN:  Yes, your Honor, and we would be

6    prepared --

7              THE COURT:  And he's running for re-election; is that

8    correct?

9              MR. SULLIVAN:  Yes, sir, he is.  And we would be

10   prepared to meet the government's date of September 22nd.

11             THE COURT:  All right.  But we haven't talked about a

12   lot of other things, though:  motions, motions to suppress,

13   testimony, evidence, other motions.

14             MR. SULLIVAN:  Yes, your Honor, and it's a little hard

15   to say after a couple of days what the motions would be, but

16   I've been in many, many cases where I admit and confess to 25 or

17   40 motions, but I don't think this is one of them and I think

18   they can be dispatched of fairly quickly.  This is not a complex

19   case.  It should be one that moves quickly.

20             THE COURT:  This is the proverbial easy case?

21             MR. SULLIVAN:  No case is easy, your Honor.

22             THE COURT:  That's absolutely right.

23             MR. SULLIVAN:  No case is easy, but --

24             THE COURT:  Based upon what you know about this case,

25   you don't believe it's a complex case.

1          MR. SULLIVAN:  Your Honor, that's my belief.

2          THE COURT:  All right.  I'm not sure I can accommodate

3     that time request.  I think venue is appropriate here, but I

4     certainly wouldn't dissuade you from filing your motion to

5     transfer venue if you believe there's a good faith basis and

6     fact in law to do so.  I'm going to spend some time with my

7     staff, though, because there are quite a few matters on my

8     calendar and some matters have been set with directives to

9     counsel that there won't be any continuances.

10          MR. SULLIVAN:  Your Honor, I understand that.  I

11     certainly understand that issue.  If we do want to file that

12     motion we believe we have a good faith basis.

13          THE COURT:  Go ahead and file it.

14          MR. SULLIVAN:  Would the Court entertain a shortened

15     schedule on that?

16          THE COURT:  Sure.  What do you suggest?  It's your

17     motion.

18          MR. SULLIVAN:  I was suggesting we file by the 4th,

19     which is Monday, the government have until Friday, the 8th, to

20     reply, and that we have our final paper on the day in court on

21     the 11th.

22          THE COURT:  The government has a stake in this as

23     well.  Is that reasonable?

24          MS. MORRIS:  I'm sorry, Judge.

25          THE COURT:  Sure.

1      MS. MORRIS:  Judge, actually there are some other

2 issues that are in play with a related matter.  If we could have

3 a week to respond that would really be preferential.

4      THE COURT:  I don't think that's unreasonable.

5      You're planning to file on the 4th, counsel?

6      MR. SULLIVAN:  Yes, your Honor.

7      THE COURT:  And the government suggests the 11th, and

8 how much time for your reply?

9      MR. SULLIVAN:  Your Honor, we could do it in two days.

10      THE COURT:  The 13th?  I don't have any problems with

11 that.

12      Before I take a recess, though, to huddle with my

13 staff, are there any other matters you wish to bring to the

14 Court's attention?

15      MR. SULLIVAN:  No, your Honor.

16      THE COURT:  And government counsel, anything else?

17      MS. MORRIS:  Just that, your Honor, there may be some

18 motions from the government, so just in taking that into

19 consideration as to the timing factor, we do anticipate some

20 motions coming from the government.

21      THE COURT:  All right.  Which brings me back to my

22 question, how realistic, though, is it to suggest that the case

23 from the government's point of view could be tried, commenced

24 during the month of September?  Is that really realistic?  I'm

25 hearing about motions now from defense counsel.  It may well be

that defense counsel doesn't know all the bases for his motions.
There may be other reasons for motions once he gets all the
discovery he's entitled to.  How realistic is this?  What are we
talking about?  Are we just fooling ourselves now about a
request for a trial in September?

MS. MORRIS:  It's all a guesstimation, your Honor, but
we have taken into consideration the amount of discovery that's
involved, we're taking into consideration the defense time --

THE COURT:  Why don't you come up?  It helps the court
reporter.  There's seating somewhere else in the courthouse, so
you have to speak into the microphone.  Apparently I haven't
been speaking into the microphone.  Go ahead.

MS. MORRIS:  I'm sorry.  It all is of course a
guesstimation, but we have taken into consideration the
scheduling issues, we've taken into consideration providing the
discovery in this matter, how long will be a fair estimate as to
how long it would take the defense to actually review all the
evidence, prepare their case, so from that standpoint, Judge,
September 22nd is the day that we have reviewed and thought
would be a fair date.  I just wanted to make sure that I wasn't
trying to put any pretext over to the Court.  There would be and
we do anticipate some motions from the government.

THE COURT:  All right.

Counsel?

MR. SULLIVAN:  Your Honor, it is the first time in my

1   life I've asked for a speedy trial, I will say that.  Usually we

2   don't mind if they're postponed two or three years.

3              THE COURT:  What is the speedy trial date in this case

4   anyway?  I mean, once you file your motions that will have a

5   tolling effect.

6              MR. SULLIVAN:  Yes, your Honor.

7              THE COURT:  Not that I'm trying to deprive you of the

8   speedy trial, I'm not trying to do that, but what is the speedy

9   trial date in this case?

10             COURTROOM DEPUTY:  Seventy days from today would be

11   October 9th.

12             MR. SULLIVAN:  I'm fully aware that the filing of

13   motions gives the Court a lot of discretion.

14             The only other thing I can say about this, we've given

15   a lot of thought, the Senator -- of course I've never had a

16   situation where the general election came 98 days after

17   indictment.  I believe we can do it.  We've thought about it and

18   I'm happy to hear the government can do it, and if the Court can

19   possibly find a way, we will do it.

20             THE COURT:  I have to ask the government, are you

21   extending any plea offers in this case, have you?  If not, do

22   you plan to?

23             MS. MORRIS:  No, your Honor.

24             THE COURT:  All right.

25             Let me speak with principal counsel at the bench on

1    another issue unrelated to scheduling.

2              (Sealed bench conference redacted.)

3              THE COURT:  All right.  The Court's going to take a

4    recess.  Anything further, counsel, before the Court takes a

5    short recess?

6              MS. MORRIS:  Just a point of clarification, Judge.

7    You asked the question about whether or not there had been any

8    negotiations.  There are no plea offers available at this time,

9    your Honor, just to be clear.

10             THE COURT:  All right.  That's fine.

11             MS. MORRIS:  Thank you.

12             THE COURT:  All right.  The Court will have to stand

13   in recess for thirty minutes.  And I'm going to excuse the

14   parties and the attorneys and we'll reassemble promptly at five

15   minutes to two.

16             Nothing further from counsel?

17             MR. SULLIVAN:  No, your Honor.

18             MS. MORRIS:  No, Judge.

19             THE COURT:  That's fine.

20             (Recess taken at about 1:25 p.m.)

21             COURTROOM DEPUTY:  This Honorable Court is again in

22   session.

23             (Back on the record at about 1:55 p.m.)

24             THE COURT:  Counsel, I have to remind you to speak

25   into the microphone, especially if you're at the podium, because

1    there is some seating capacity elsewhere in the courthouse and

2    people are having difficulty hearing us.

3            I've had a chance to go over my calendar, and as you

4    can imagine, my calendar has lots of other matters scheduled,

5    and they've been scheduled for some time.  Here are a couple of

6    options.

7            I will tell you that I'm presiding over a co-defendant

8    trial that's scheduled to commence on the 16th of September and

9    the individuals in that case are incarcerated, they've been

10   incarcerated for quite some time, and I do not plan to

11   reschedule that trial, so that trial may proceed, it may not

12   proceed, but it's currently on my calendar, and if it proceeds,

13   it will commence on the 16th.  It's not an unusually long trial.

14   My recollection suggests that the trial could conclude in a

15   week, but one scenario would be in the event that that case does

16   not proceed to trial, I mean, I won't know that until the 15th

17   or 16th, so in the event it doesn't proceed to trial, the trial

18   in this case, the Stevens case, could commence on the 24th of

19   September.  Now, that date is a reasonably firm date, but

20   recognizing that the co-defendant trial could commence on the

21   16th and extend past the 24th, there's a possibility that trial

22   will not commence in this case, the Stevens case, until a day or

23   two thereafter, but there are no other impediments on my

24   calendar during the month of September to preclude the Stevens

25   case from commencing during the month of September.  I need your

1   reaction to that.  It looks as though the 24th could be a first

2   commencement date but there may be some delay, maybe the 25th or

3   26th or so.  I know you suggested the 22nd.  I'm going to rule

4   that out for the time being, unless, there's always a

5   possibility that the matters scheduled for trial on the 16th

6   could be resolved during the month of August, that's a

7   possibility.  If that were to occur, and there's even another

8   scenario, the week of the 15th would be available.  I know

9   defense counsel didn't ask for that week and I'm not forcing

10  that week on you, but I need your reaction to these

11  possibilities because anything is a possibility at this point.

12  I can appreciate the reasons why the senator would like to have

13  this matter commenced and concluded prior to the election, and I

14  think that from all indications that's possible, but there are

15  some other matters on my calendar that I still have to focus on,

16  but it's possible to move those other matters to other dates

17  that won't interfere with this criminal trial.

18          MS. MORRIS:  Your Honor, would it be helpful to have

19  the trial commence on the 29th as a firm date?

20          THE COURT:  That's a possibility.  I will also tell

21  you, and I'm not speaking out of school, that I reserved the

22  month of October for yet another trial, and it may well be that

23  I have to defer the commencement of that trial but I'd like to

24  not have to defer it for too long a period of time.  That's why

25  I suggested maybe the 24th.  Let me get your reaction to that.

1    I'm throwing out a couple of thoughts there:  the possible

2    commencement on the 24th, maybe even the 15th.  Maybe the 15th

3    is just totally out of the realm of reason.  I don't know.  I

4    need some guidance from you both.

5           Let me invite principal counsel to the microphone, to

6    the podium, where we can talk about this.  I mean, the 29th is

7    probably even more realistic, even assuming that the three

8    co-defendant trial on the 16th goes forward.  I have every

9    reason to believe I'll be concluded with that trial by the 29th,

10   so without any adjustment to my calendar the 29th is a good

11   date, but I don't know.  Will the trials go, will the trials

12   proceed?  Are there reasons why cases are continued?  Of course.

13   But no one has indicated to me any reason why the co-defendant

14   case scheduled for trial on the 14th should be continued, and

15   again, they've been incarcerated and I don't plan to move that

16   for anyone, but looking at the 24th or 29th, we have some

17   choices, so one scenario, let me get your reaction to this:

18          Let's assume there's a resolution of that case

19   scheduled for trial on the 16th.  Do you want to proceed to

20   trial on the 15th of September?  I'm just asking, I'm not

21   ordering.

22          MS. MORRIS:  Judge, we gave our best guesstimation,

23   and the 22nd would be --

24          THE COURT:  The 22nd?

25          MS. MORRIS:  Yes.

1          THE COURT:  That's fair.

2          MS. MORRIS:  So the 15th would be pushing it for us.

3          THE COURT:  Let's look at the 24th then.

4          MR. SULLIVAN:  From my viewpoint we're beggers, we

5     can't be choosers, so either of those dates would be wonderful

6     for us.

7          THE COURT:  You're not a beggar.  You stand on equal

8     footing with the government.  You're not a beggar.

9          MR. SULLIVAN:  I know the Court is making extreme

10    effort here.

11         THE COURT:  I am, believe me.  We've spent the last

12    thirty minutes talking about various ways to accommodate every-

13    one on my calendar, including the parties in this case.

14         MR. SULLIVAN:  Your suggestion that the 24th be a

15    reasonably firm date, we can accommodate that.  If you thought

16    that the 15th would be best, we can do that as well.

17         THE COURT:  It doesn't sound as if the government

18    would be in a position to do that.  There will be some motions,

19    and I'm not trying to deprive anyone of a speedy trial.  You're

20    going to file some motions, that's going to have a tolling

21    effect.  The government is going to file some motions.  Let's

22    look at the 24th, recognizing it may not start on the 24th, it

23    may start on the 25th or 26th because I may be concluding that

24    trial, but it's not doable, I don't think, or realistic to

25    consider scheduling a trial in this case prior to the 24th.  All

1    right.  So jury selection will start in this case on September

2    24th at nine o'clock.

3         Now, let's talk about motions.  Let's work backwards

4    to today's date.  Defense counsel has already indicated his

5    desire.  Do you still plan to proceed with your venue transfer

6    motion?  We just spent two hours now giving you a trial date

7    here, but if you want to file your motion I'm not going to

8    dissuade you from doing it, but I have to ask you.

9         MR. SULLIVAN:  The answer is yes, we're going to do

10   it, but we hope to take you to Alaska with us.

11        THE COURT:  I'd love to go to Alaska, but for vacation

12   purposes only, not to try another case.

13        MR. SULLIVAN:  Maybe consider it.

14        THE COURT:  Go ahead and file your motion.

15        While we're talking about motions, what other motions

16   do you anticipate filing at this point, or without putting you

17   on the spot, you haven't had full discovery, although my guess

18   is you probably know everything that the government knows about

19   this case, and, you know, it's going to be an educated guess.

20        MR. SULLIVAN:  I never feel that I do.

21        THE COURT:  But you're going to demand other

22   discoverable materials from the government and you may decide

23   that you want to file motions that you have not even thought

24   about today.  Maybe what I should do is give you a date and the

25   government a date to file whatever motions you would like to

1   file, and if so, recognizing that we now have a firm trial date

2   of the 24th, what's reasonable under the circumstances?

3           MR. SULLIVAN:  Your Honor, I'd say if we're going to

4   get discovery right away I think with the government's case --

5           THE COURT:  The government is prepared to give you

6   everything that the government believes is discoverable at this

7   time; is that right?

8           MS. MORRIS:  The bulk of it, your Honor, next week.

9   There will be some other matters that we just don't have

10  available to give at this point just because of the technical

11  issues, but we will be able to give the bulk of it next week.

12          THE COURT:  All right.

13          MR. SULLIVAN:  I would think then within two weeks

14  we'd be able to file motions and ask that you not hold us to

15  that if we find something else obviously in the discovery that

16  might warrant the Court's attention.

17          THE COURT:  All right.  Then that's August the 14th,

18  August the 14th for the filing of all defense motions,

19  recognizing that of course there may be a motion or two that is

20  filed subsequent to that date, and is it unreasonable to require

21  the government to file its motions and/or notices by that date,

22  the 14th?

23          MS. MORRIS:  By the 14th?

24          THE COURT:  Yes, August 14th.

25          MS. MORRIS:  I think that's reasonable, Judge, we can

1    make that work.

2              THE COURT:  All right.  August 14th.  That's the

3    filing of motions, and including notices by everyone, August the

4    14th.  And this would include your transfer motion, counsel?

5              MR. SULLIVAN:  Yes, your Honor.

6              THE COURT:  That's fine.

7              MR. SULLIVAN:  I think we even have a shorter date on

8    that one.

9              THE COURT:  I thought you did, so you want to keep

10   that schedule?

11             MR. SULLIVAN:  We'll keep the original schedule on

12   that if it's all right with you.

13             THE COURT:  And I probably should have the hearing

14   sooner rather than later on that one just because of the nature

15   of the request, so I'll do that.

16             MS. MORRIS:  Do you know what, Judge?  If I may, I

17   just realized something in speaking with my colleague.  This is

18   going to be a little dicey.  We're filing motions on the same

19   day.  Aren't we going to be criss-crossing as to our motion

20   responses and what's due while they file something and then we

21   have to file a response?

22             THE COURT:  That's what I normally do.  Maybe there

23   are reasons why shouldn't I do that in this case.  Normally I

24   require everyone to file motions.  Normally it's the government

25   filing notices, 6309 notices, which is probably going to apply

1    here, 404(b) notices.  But you've told me that you plan to file

2    substantive motions, though?

3              MS. MORRIS:  Yes, your Honor.

4              THE COURT:  So how are you prejudiced?  I mean, you'll

5    receive defense counsel's motions on that date.  They'll receive

6    yours, and you'll respond.  Both will be responding to cross

7    motions.  My dates I'm thinking maybe should be -- I should give

8    you both two weeks, give you until the 25th.  That's eleven

9    days.  If there are reasons why I shouldn't do that in this case

10   you need to tell me.

11             MS. MORRIS:  Well, I think it's doable, your Honor.

12   It's only that our venue motion, our response to their venue

13   motion I guess will be the only one that's kind of cutting

14   across at the same time.

15             THE COURT:  Right, right, exactly, right.  With the

16   exception of the venue motions then, all motions and notices by

17   the 14th, responses by the 25th.  I'm going to need some time to

18   focus on your motions.  I can give you a week after that.  Let's

19   say the 2nd.  Labor Day is the 1st.  September the 2nd for any

20   replies.  All right.

21             Originally I had thought about a hearing on the 7th of

22   September, but there's not a lot of time.  I'm going to schedule

23   a hearing on the 10th, September the 10th, on pending motions.

24   That will be at ten o'clock and that will be in this courtroom,

25   September the 10th.  Is that a bad date for anyone, or time?

1    All right.

2              I need to give you a hearing on your transfer motion.

3    I'll schedule a hearing on the motion to transfer venue August

4    the 19th at ten o'clock.

5              All right.  Any additional requests?

6              I'm going to release the defendant on his personal

7    recognizance.  Is the government asking for any conditions?

8              MS. MORRIS:  Only to surrender the passport, your

9    Honor.

10             THE COURT:  All right.  Mr. Sullivan?

11             MR. SULLIVAN:  Your Honor, that's fine.  If there's

12   any requirement for him to go out of the country on official

13   business, we would make application with the Pretrial Services.

14             THE COURT:  Absolutely.  That's fine.

15             MS. MORRIS:  No objections from the government.

16             MR. SULLIVAN:  Thank you.

17             THE COURT:  Any additional requests, Mr. Sullivan?

18             MR. SULLIVAN:  No, your Honor.  Thank you.

19             THE COURT:  Government counsel?

20             MS. MORRIS:  No, Judge.  Thank you very much.

21             THE COURT:  Let me just huddle with my staff for just

22   a second in case I overlooked something.  They'll tell me.

23             I scheduled a hearing on the transfer issue just out

24   of an abundance of caution.  I have you here now, you have your

25   calendars with you, and I plan to rule on that.  It may well be

1    that I'm able to rule on that on the papers, I don't know, but

2    at least I wanted to give you a hearing date in the event a

3    hearing is necessary.

4            I have nothing else to say, counsel.  At some point --

5    actually I hadn't focused on the pretrial requirements.  I'm

6    going to request that counsel give some thought, since we're

7    looking at a trial in the next eight weeks or so, to give some

8    thought to jointly proposing to the Court a pretrial order with

9    your input, and I want to do that so I can respond to your

10   request for pretrial proceedings, voir dire, etcetera, in limine

11   motions, and I should get your input sooner rather than later.

12   Now I'm going to complicate your life a little bit more.

13   Suppose I were to ask for your input by, I don't want to do it

14   the 4th because that's the transfer motion and I don't need it

15   right this second, but I'm going to wait until the end of August

16   to focus on pretrial proceedings as well, so I'm going to throw

17   out the date of August the 11th for your joint submissions for

18   pretrial proceedings.  And then I'm going to react to your joint

19   submission.  It may well be that you're in agreement with

20   respect to many of the or most of the pretrial issues that we

21   have to focus on.  It may be that you aren't, but I'll give you

22   an opportunity to at least meet and confer with respect to

23   pretrial suggestions and suggest to the Court how pretrial

24   proceedings should properly and promptly commence and conclude

25   and we'll talk about further pretrial requirements at the

1   hearing on the motion to transfer.  I don't think I've

2   overlooked anything.

3          Any further requests from anyone?

4          MS. MORRIS:  Not from the government.

5          MR. SULLIVAN:  No, your Honor.  Thank you.

6          THE COURT:  All right.  Thank you, counsel.  The

7   parties are excused.  Thank you.

8          (Proceedings concluded at about 1:07 p.m.)

9                    -  -  -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I N D E X

WITNESSES:

None.

E X H I B I T S

None.

1

CERTIFICATE

2          I, JACQUELINE M. SULLIVAN, Official Court Reporter,

3    certify that the foregoing pages are a correct transcription from

4    the record of proceedings in the above-entitled matter.

5                              _____

6                              JACQUELINE M. SULLIVAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

**08-231** [3] - 1:4, 2:2, 2:22

**1**

**10th** [3] - 22:23, 22:25
**11th** [4] - 4:14, 10:21, 11:7, 24:17
**12th** [1] - 1:15
**13th** [1] - 11:10
**1400** [1] - 1:15
**14th** [9] - 17:14, 20:17, 20:18, 20:22, 20:23, 20:24, 21:2, 21:4, 22:17
**15th** [7] - 15:16, 16:8, 17:2, 17:20, 18:2, 18:16
**16th** [7] - 15:8, 15:13, 15:17, 15:21, 16:5, 17:8, 17:19
**19th** [1] - 23:4
**1:07** [1] - 25:8
**1:09** [1] - 1:7
**1:25** [1] - 14:20
**1:55** [1] - 14:23
**1st** [1] - 22:19

**2**

**20001** [1] - 1:23
**20005** [2] - 1:16, 1:19
**2008** [1] - 1:6
**202-354-3187** [1] - 1:23
**202-434-5000** [1] - 1:20
**202-514-1412** [1] - 1:16
**22nd** [6] - 7:22, 9:10, 12:19, 16:3, 17:23, 17:24
**24th** [13] - 15:18, 15:21, 16:1, 16:25, 17:2, 17:16, 18:3, 18:14, 18:22, 18:25, 19:2, 20:2
**25** [1] - 9:16
**25th** [4] - 16:2, 18:23, 22:8, 22:17
**26th** [3] - 3:13, 16:3, 18:23
**28** [1] - 3:12
**29th** [5] - 16:19, 17:6, 17:9, 17:10, 17:16

**2nd** [2] - 22:19

**3**

**31** [1] - 1:6
**333** [1] - 1:22

**4**

**40** [1] - 9:17
**404(b)** [1] - 22:1
**4th** [5] - 3:14, 4:11, 10:18, 11:5, 24:14

**5**

**500-gigabyte** [1] - 6:12

**6**

**6309** [1] - 21:25
**6720** [1] - 1:22

**7**

**725** [1] - 1:19
**7th** [1] - 22:21

**8**

**8th** [2] - 4:12, 10:19

**9**

**98** [2] - 3:15, 13:16
**9th** [1] - 13:11

**A**

**able** [4] - 8:18, 20:11, 20:14, 24:1
**above-entitled** [1] - 27:4
**Absolutely** [1] - 23:14
**absolutely** [3] - 5:4, 6:3, 9:22
**abundance** [1] - 23:24
**accommodate** [4] - 6:2, 10:2, 18:12, 18:15
**accommodations** [1] - 7:3

**additional** [3] - 8:10, 23:5, 23:17
**adjustment** [1] - 17:10
**admit** [1] - 9:16
**afternoon** [5] - 2:7, 2:8, 2:9, 2:11, 2:14
**agree** [1] - 8:7
**agreement** [1] - 24:19
**ahead** [3] - 10:13, 12:12, 19:14
**aided** [1] - 1:25
**Alaska** [7] - 3:12, 4:6, 4:7, 7:2, 7:11, 19:10, 19:11
**AMERICA** [1] - 1:3
**amount** [1] - 12:7
**answer** [1] - 19:9
**anticipate** [3] - 11:19, 12:22, 19:16
**anticipated** [1] - 6:25
**anyway** [1] - 13:4
**appear** [1] - 3:15
**APPEARANCES** [1] - 1:12
**appeared** [1] - 5:2
**application** [2] - 23:13
**apply** [1] - 21:25
**appreciate** [1] - 16:12
**approach** [2] - 4:22, 5:24
**appropriate** [1] - 10:3
**ARRAIGNMENT** [1] - 1:10
**arraignment** [1] - 2:17
**assume** [1] - 17:18
**assuming** [2] - 7:19, 17:7
**attention** [4] - 3:3, 3:11, 11:14, 20:16
**attorney** [2] - 3:7, 5:8
**attorneys** [1] - 14:14
**audiotape** [1] - 6:17
**August** [14] - 1:6, 3:13, 4:11, 4:12, 4:13, 16:6, 20:17, 20:18, 20:24, 21:2, 21:3, 23:3, 24:15, 24:17
**available** [3] - 14:8, 16:8, 20:10
**Avenue** [2] - 1:15, 1:22
**aware** [2] - 7:9, 13:12

**B**

**backwards** [1] - 19:3
**bad** [1] - 22:25
**Based** [1] - 9:24

**bases** [1] - 12:1
**basis** [2] - 10:5, 10:12
**BEFORE** [1] - 1:10
**begger** [2] - 18:7, 18:8
**beggers** [1] - 18:4
**belief** [1] - 10:1
**believes** [2] - 5:9, 20:6
**bench** [2] - 13:25, 14:2
**best** [4] - 7:19, 7:23, 17:22, 18:16
**best-case** [1] - 7:19
**bet** [1] - 6:8
**bit** [1] - 24:12
**bond** [1] - 8:5
**book** [1] - 4:22
**Brady** [1] - 4:25
**Brenda** [1] - 2:6
**BRENDA** [1] - 1:13
**Brendan** [1] - 2:10
**BRENDAN** [1] - 1:17
**bring** [4] - 3:3, 3:10, 4:14, 11:13
**brings** [1] - 11:21
**bulk** [5] - 6:13, 6:14, 6:19, 20:8, 20:11
**business** [1] - 23:13

**C**

**calendar** [11] - 7:16, 7:20, 9:1, 10:8, 15:3, 15:4, 15:12, 15:24, 16:15, 17:10, 18:13
**calendars** [1] - 23:25
**capacity** [1] - 15:1
**Carey** [2] - 2:10, 6:4
**CAREY** [1] - 1:18
**case** [47] - 2:2, 3:12, 4:5, 4:20, 5:9, 5:12, 5:19, 6:9, 6:16, 6:24, 7:13, 7:19, 7:20, 7:21, 7:22, 7:25, 8:1, 9:19, 9:20, 9:21, 9:23, 9:24, 9:25, 11:22, 12:18, 13:3, 13:9, 13:21, 15:9, 15:15, 15:18, 15:22, 15:25, 17:14, 17:18, 18:13, 18:25, 19:1, 19:12, 19:19, 20:4, 21:23, 22:9, 23:22
**cases** [2] - 9:16, 17:12
**caution** [1] - 23:24
**certain** [1] - 4:4
**certainly** [5] - 4:23, 6:1, 6:23, 10:4, 10:11
**CERTIFICATE** [1] -

27:1
**certify** [1] - 27:3
**chance** [1] - 15:3
**change** [3] - 4:3, 6:21, 6:23
**charged** [1] - 2:23
**chief** [4] - 5:10, 6:9, 7:25, 8:1
**choice** [1] - 3:7
**choices** [1] - 17:17
**choosers** [1] - 18:5
**chose** [1] - 3:12
**circumstances** [1] - 20:2
**clarification** [1] - 14:6
**clarify** [1] - 6:3
**clear** [3] - 3:19, 3:25, 14:9
**client** [1] - 2:12
**co** [5] - 6:4, 15:7, 15:20, 17:8, 17:13
**co-counsel** [1] - 6:4
**co-defendant** [4] - 15:7, 15:20, 17:8, 17:13
**colleague** [1] - 21:17
**COLUMBIA** [1] - 1:1
**coming** [2] - 7:1, 11:20
**commence** [7] - 15:8, 15:13, 15:18, 15:20, 15:22, 16:19, 24:24
**commenced** [2] - 11:23, 16:13
**commencement** [3] - 16:2, 16:23, 17:2
**commencing** [1] - 15:25
**complex** [2] - 9:18, 9:25
**complicate** [1] - 24:12
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**conclude** [2] - 15:14, 24:24
**concluded** [3] - 16:13, 17:9, 25:8
**concluding** [1] - 18:23
**conditions** [2] - 8:11, 23:7
**confer** [1] - 24:22
**conference** [1] - 14:2
**confess** [1] - 9:16
**Connolly** [1] - 1:18
**consentual** [1] - 6:17
**consider** [2] - 18:25, 19:13
**consideration** [9] - 3:18, 4:2, 5:6, 7:2,

11:19, 12:7, 12:8, 12:14, 12:15
**Constitution** [1] - 1:22
**continuances** [1] - 10:9
**continued** [2] - 17:12, 17:14
**copy** [2] - 2:19, 6:13
**correct** [4] - 7:1, 9:4, 9:8, 27:3
**counsel** [23] - 2:4, 2:15, 3:1, 5:7, 5:12, 6:4, 6:19, 10:9, 11:5, 11:16, 11:25, 12:1, 13:25, 14:4, 14:16, 16:9, 17:5, 19:4, 21:4, 23:19, 24:4, 24:6, 25:6
**Counsel** [3] - 5:23, 12:24, 14:24
**counsel's** [3] - 6:20, 7:6, 22:5
**country** [1] - 23:12
**couple** [6] - 3:2, 3:10, 4:21, 9:15, 15:5, 17:1
**course** [6] - 7:9, 8:2, 12:13, 13:15, 17:12, 20:19
**Court** [23] - 1:21, 1:21, 3:18, 4:8, 4:14, 4:16, 6:8, 6:22, 7:15, 7:18, 8:9, 10:14, 12:21, 13:13, 13:18, 14:4, 14:12, 14:21, 18:9, 24:8, 24:23, 27:2
**COURT** [76] - 1:1, 2:8, 2:11, 2:14, 2:25, 3:4, 3:6, 4:18, 5:7, 5:15, 5:21, 5:23, 5:25, 6:20, 7:5, 7:15, 7:23, 8:4, 8:10, 8:14, 8:18, 8:22, 8:25, 9:7, 9:11, 9:20, 9:22, 9:24, 10:2, 10:13, 10:16, 10:22, 10:25, 11:4, 11:7, 11:10, 11:16, 11:21, 12:9, 12:23, 13:3, 13:7, 13:20, 13:24, 14:3, 14:10, 14:12, 14:19, 14:24, 16:20, 17:24, 18:1, 18:3, 18:7, 18:11, 18:17, 19:11, 19:14, 19:21, 20:5, 20:12, 20:17, 20:24, 21:2, 21:6, 21:9, 21:13, 21:22, 22:4, 22:15, 23:10, 23:14, 23:17, 23:19, 23:21, 25:6

**court** [3] - 9:3, 10:20, 12:9
**Court's** [8] - 3:3, 3:11, 3:21, 5:1, 7:20, 11:14, 14:3, 20:16
**Courthouse** [1] - 1:22
**courthouse** [3] - 8:23, 12:10, 15:1
**COURTROOM** [5] - 2:2, 2:18, 2:22, 13:10, 14:21
**deputy** [1] - 2:17
**courtroom** [2] - 2:16, 22:24
**courts** [1] - 5:2
**CR** [1] - 1:4
**criminal** [2] - 2:22, 16:17
**Criminal** [1] - 2:2
**criss** [1] - 21:19
**criss-crossing** [1] - 21:19
**cross** [1] - 22:6
**crossing** [1] - 21:19
**crucial** [1] - 4:14
**cutting** [1] - 22:13

## D

**D.C** [4] - 1:6, 1:16, 1:19, 1:23
**date** [24] - 4:12, 7:7, 9:10, 12:20, 13:3, 13:9, 15:19, 16:2, 16:19, 17:11, 18:15, 19:4, 19:6, 19:24, 19:25, 20:1, 20:20, 20:21, 21:7, 22:5, 22:25, 24:2, 24:17
**dates** [3] - 16:16, 18:5, 22:7
**days** [8] - 3:12, 3:15, 5:20, 9:15, 11:9, 13:10, 13:16, 22:9
**decide** [1] - 19:22
**Defendant** [2] - 1:7, 1:17
**defendant** [11] - 2:19, 2:20, 6:2, 6:11, 6:12, 8:8, 15:7, 15:20, 17:8, 17:13, 23:6
**defendants** [1] - 3:21
**Defense** [1] - 19:4
**defense** [14] - 2:10, 2:15, 4:10, 4:13, 5:13, 6:19, 7:6, 11:25, 12:1, 12:8, 12:17, 16:9, 20:18, 22:5
**defer** [2] - 16:23,

16:24
**delay** [2] - 5:5, 16:2
**deliver** [1] - 8:9
**demand** [1] - 19:21
**Department** [1] - 1:14
**deprive** [2] - 13:7, 18:19
**DEPUTY** [5] - 2:2, 2:18, 2:22, 13:10, 14:21
**deputy** [1] - 2:17
**desire** [1] - 19:5
**dicey** [1] - 21:18
**difficulty** [1] - 15:2
**dire** [1] - 24:10
**directives** [1] - 10:8
**discoverable** [2] - 19:22, 20:6
**discovery** [12] - 4:18, 4:19, 4:23, 4:24, 6:10, 12:3, 12:7, 12:16, 19:17, 20:4, 20:15
**discretion** [1] - 13:13
**dispatched** [1] - 9:18
**dissuade** [2] - 10:4, 19:8
**DISTRICT** [3] - 1:1, 1:1, 1:11
**doable** [2] - 18:24, 22:11
**documentary** [1] - 6:18
**down** [3] - 3:5, 3:8, 7:1
**drive** [1] - 6:12
**due** [1] - 21:20
**during** [4] - 11:24, 15:24, 15:25, 16:6

## E

**earliest** [1] - 4:2
**easy** [3] - 9:20, 9:21, 9:23
**Ed** [1] - 2:7
**educated** [1] - 19:19
**EDWARD** [1] - 1:13
**effect** [2] - 13:5, 18:21
**effort** [1] - 18:10
**eight** [1] - 24:7
**either** [1] - 18:5
**election** [9] - 3:13, 3:19, 3:25, 7:7, 7:9, 9:4, 9:7, 13:16, 16:13
**elections** [2] - 7:8, 7:10
**electronic** [1] - 6:15
**eleven** [1] - 22:8

**elsewhere** [1] - 15:1
**EMMET** [1] - 1:10
**end** [1] - 24:15
**entertain** [2] - 6:22, 10:14
**entitled** [2] - 12:3, 27:4
**equal** [1] - 18:7
**especially** [1] - 14:25
**ESQ** [5] - 1:13, 1:13, 1:14, 1:17, 1:18
**estimate** [1] - 12:16
**etcetera** [1] - 24:10
**event** [3] - 15:15, 15:17, 24:2
**events** [1] - 4:6
**evidence** [4] - 6:18, 9:13, 12:18
**exactly** [1] - 22:15
**exception** [1] - 22:16
**excuse** [1] - 14:13
**excused** [1] - 25:7
**expedited** [2] - 4:10, 4:20
**extend** [1] - 15:21
**extending** [1] - 13:21
**extreme** [1] - 18:9

## F

**fact** [2] - 3:18, 10:6
**factor** [1] - 11:19
**fair** [3] - 12:16, 12:20, 18:1
**fairly** [2] - 6:7, 9:18
**faith** [2] - 10:5, 10:12
**false** [2] - 2:23, 6:24
**far** [3] - 6:2, 6:4, 6:10
**favors** [1] - 3:16
**felt** [1] - 4:15
**few** [3] - 7:6, 8:25, 10:7
**fifty** [1] - 4:6
**figure** [1] - 8:16
**file** [22] - 4:3, 4:11, 4:12, 4:13, 10:11, 10:13, 10:18, 11:5, 13:4, 18:20, 18:21, 19:7, 19:14, 19:23, 19:25, 20:1, 20:14, 20:21, 21:20, 21:21, 21:24, 22:1
**filed** [1] - 20:20
**filing** [8] - 4:10, 10:4, 13:12, 19:16, 20:18, 21:3, 21:18, 21:25
**final** [2] - 4:13, 10:20
**fine** [6] - 6:3, 14:10, 14:19, 21:6, 23:11,

23:14
**firm** [4] - 15:19, 16:19, 18:15, 20:1
**first** [2] - 12:25, 16:1
**five** [3] - 8:20, 8:21, 14:14
**Floor** [1] - 1:15
**focus** [4] - 16:15, 22:18, 24:16, 24:21
**focused** [1] - 24:5
**fooling** [1] - 12:4
**footing** [1] - 18:8
**FOR** [1] - 1:1
**forcing** [1] - 16:9
**foregoing** [1] - 27:3
**form** [1] - 6:15
**formal** [1] - 2:20
**forty** [5] - 3:17, 4:5, 5:15, 5:16
**forward** [1] - 17:8
**Friday** [1] - 10:19
**front** [1] - 3:22
**full** [1] - 19:17
**fully** [1] - 13:12

## G

**general** [6] - 3:13, 3:19, 3:25, 7:7, 9:3, 13:16
**gigabyte** [1] - 8:16
**given** [2] - 5:18, 13:14
**government** [29] - 2:6, 3:11, 4:12, 5:7, 5:9, 6:1, 8:7, 10:19, 10:22, 11:7, 11:16, 11:18, 11:20, 12:22, 13:18, 13:20, 18:8, 18:17, 18:21, 19:18, 19:22, 19:25, 20:5, 20:6, 20:21, 21:24, 23:7, 23:15, 25:4
**Government** [2] - 1:13, 23:19
**government's** [10] - 4:20, 5:8, 6:9, 7:12, 7:24, 8:1, 8:5, 9:10, 11:23, 20:4
**guess** [3] - 19:17, 19:19, 22:13
**guesstimation** [3] - 12:6, 12:14, 17:22
**guestimation** [1] - 8:3
**guidance** [1] - 17:4
**guilty** [1] - 2:24

## H

**happy** [1] - 13:18
**hard** [2] - 6:12, 9:14
**heads** [1] - 4:16
**heads-up** [1] - 4:16
**hear** [2] - 5:12, 13:18
**hearing** [11] - 11:25, 15:2, 21:13, 22:21, 22:23, 23:2, 23:3, 23:23, 24:2, 24:3, 25:1
**helpful** [1] - 16:18
**helps** [1] - 12:9
**hold** [1] - 20:14
**Honor** [39] - 2:9, 2:13, 2:24, 3:2, 3:10, 4:2, 4:19, 5:19, 6:10, 6:14, 8:2, 8:8, 8:12, 8:24, 9:5, 9:14, 9:21, 10:1, 10:10, 11:6, 11:9, 11:15, 11:17, 12:6, 12:25, 13:6, 13:23, 14:9, 14:17, 16:18, 20:3, 20:8, 21:5, 22:3, 22:11, 23:9, 23:11, 23:18, 25:5
**Honorable** [1] - 14:21
**HONORABLE** [1] - 1:10
**hope** [1] - 19:10
**hoping** [1] - 4:24
**hours** [1] - 19:6
**huddle** [4] - 7:5, 8:25, 11:12, 23:21
**hundred** [2] - 8:20, 8:21

## I

**identify** [1] - 2:4
**imagine** [1] - 15:4
**immediately** [2] - 4:24, 4:25
**impediments** [2] - 7:20, 15:23
**inappropriate** [1] - 6:24
**incarcerated** [3] - 15:9, 15:10, 17:15
**include** [1] - 21:4
**including** [2] - 18:13, 21:3
**indicated** [2] - 17:13, 19:4
**indications** [1] - 16:14
**indict** [1] - 3:12

**indictment** [5] - 2:19, 2:20, 3:15, 4:7, 13:17
**individuals** [1] - 15:9
**input** [3] - 24:9, 24:11, 24:13
**insignificant** [1] - 9:2
**interfere** [1] - 16:17
**interfered** [1] - 3:21
**investigating** [1] - 4:20
**invite** [2] - 2:15, 17:5
**involved** [1] - 12:8
**issue** [4] - 8:5, 10:11, 14:1, 23:23
**issues** [4] - 4:15, 11:2, 12:15, 20:11, 24:20

## J

**JACQUELINE** [3] - 1:21, 27:2, 27:5
**Jencks** [2] - 5:2, 5:4
**joint** [2] - 24:17, 24:18
**jointly** [1] - 24:8
**Judge** [11] - 2:7, 5:24, 10:24, 11:1, 12:18, 14:6, 14:18, 17:22, 20:25, 21:16, 23:20
**judge** [1] - 5:2
**JUDGE** [1] - 1:11
**jury** [1] - 19:1
**Justice** [1] - 1:14

## K

**keep** [2] - 21:9, 21:11
**kind** [1] - 22:13
**knows** [1] - 19:18

## L

**Labor** [1] - 22:19
**last** [1] - 18:11
**law** [1] - 10:6
**least** [4] - 4:15, 4:21, 24:2, 24:22
**life** [2] - 13:1, 24:12
**limine** [1] - 24:10
**lines** [1] - 6:6
**literally** [1] - 5:20
**LLP** [1] - 1:18
**look** [2] - 18:3, 18:22
**looking** [2] - 17:16, 24:7
**looks** [1] - 16:1
**love** [1] - 19:11

## M

**machine** [1] - 1:24
**MARSH** [1] - 1:14
**Marsh** [1] - 2:7
**material** [3] - 4:25, 5:4, 6:13
**materials** [1] - 19:22
**matter** [4] - 11:2, 12:16, 16:13, 27:4
**matters** [11] - 7:16, 7:19, 9:1, 10:7, 10:8, 11:13, 15:4, 16:5, 16:15, 16:16, 20:9
**mean** [5] - 7:15, 13:4, 15:16, 17:6, 22:4
**media** [1] - 6:15
**meet** [2] - 9:10, 24:22
**microphone** [5] - 2:16, 12:11, 12:12, 14:25, 17:5
**might** [2] - 5:13, 20:16
**mind** [1] - 13:2
**minutes** [5] - 7:6, 9:1, 14:13, 14:15, 18:12
**Monday** [2] - 4:11, 10:19
**monitorings** [1] - 6:17
**month** [5] - 11:24, 15:24, 15:25, 16:6, 16:22
**MORRIS** [33] - 1:13, 2:6, 5:24, 6:1, 6:22, 7:14, 7:22, 8:2, 8:7, 8:12, 10:24, 11:1, 11:17, 12:6, 12:13, 13:23, 14:6, 14:14, 14:18, 16:18, 17:22, 17:25, 18:2, 20:8, 20:23, 20:25, 22:3, 22:11, 23:8, 23:15, 23:20, 25:4
**Morris** [1] - 2:6
**most** [1] - 24:20
**motion** [18] - 4:3, 4:10, 6:23, 10:4, 10:12, 10:17, 19:6, 19:7, 19:14, 20:19, 21:4, 21:19, 22:12, 22:13, 23:2, 23:3, 24:14, 25:1
**motions** [35] - 9:12, 9:13, 9:15, 9:17, 11:18, 11:20, 11:25, 12:1, 12:2, 12:22, 13:4, 13:13, 18:18, 18:20, 18:21, 19:3, 19:15, 19:23, 19:25, 20:14, 20:18, 20:21,

21:3, 21:18, 21:24, 22:2, 22:5, 22:7, 22:16, 22:18, 22:23, 24:11
**move** [3] - 7:18, 16:16, 17:15
**moves** [1] - 9:19
**MR** [45] - 2:9, 2:13, 2:21, 2:24, 3:2, 3:5, 3:8, 4:19, 5:11, 5:18, 5:22, 8:16, 8:20, 8:24, 9:5, 9:9, 9:14, 9:21, 9:23, 10:1, 10:10, 10:14, 10:18, 11:6, 11:9, 11:15, 12:25, 13:6, 13:12, 14:17, 18:4, 18:9, 18:14, 19:9, 19:13, 19:20, 20:3, 20:13, 21:5, 21:7, 21:11, 23:11, 23:16, 23:18, 25:5
**MS** [32] - 2:6, 5:24, 6:1, 6:22, 7:14, 7:22, 8:2, 8:7, 8:12, 10:24, 11:1, 11:17, 12:6, 12:13, 13:23, 14:6, 14:11, 14:18, 16:18, 17:22, 17:25, 18:2, 20:8, 20:23, 20:25, 21:16, 22:3, 22:11, 23:8, 23:15, 23:20, 25:4

## N

**N.W** [2] - 1:15, 1:19
**name** [2] - 3:19, 3:25
**national** [1] - 7:9
**nature** [1] - 21:14
**necessary** [1] - 24:3
**need** [8] - 8:20, 15:25, 16:10, 17:4, 22:10, 22:17, 23:2, 24:14
**negotiations** [1] - 14:8
**never** [3] - 8:16, 13:15, 19:20
**New** [1] - 1:15
**next** [7] - 3:7, 3:14, 6:14, 6:19, 20:8, 20:11, 24:7
**NICHOLAS** [1] - 1:14
**Nick** [1] - 2:6
**nine** [1] - 19:2
**ninety** [1] - 4:4
**None** [2] - 26:5, 26:14
**normally** [1] - 21:22
**Normally** [2] - 21:23, 21:24

**Nothing** [1] - 14:16
**nothing** [1] - 24:4
**notices** [6] - 20:21, 21:3, 21:25, 22:1, 22:16
**November** [4] - 3:14, 7:9, 7:13, 9:4
**number** [3] - 2:22, 4:5, 7:1
**NW** [1] - 1:22

## O

**o'clock** [3] - 19:2, 22:24, 23:4
**objections** [1] - 23:15
**obviously** [1] - 20:15
**occur** [1] - 16:7
**October** [3] - 3:24, 13:11, 16:22
**OF** [3] - 1:1, 1:3, 1:10
**offers** [2] - 13:21, 14:8
**office** [1] - 8:18
**Official** [1] - 1:21, 27:2
**official** [1] - 23:12
**once** [2] - 12:2, 13:4
**one** [10] - 9:2, 9:17, 9:19, 15:15, 17:13, 17:17, 18:13, 21:8, 21:14, 22:13
**One** [1] - 4:1
**open** [1] - 4:22
**open-book** [1] - 4:22
**opportunity** [1] - 24:22
**options** [1] - 15:6
**order** [1] - 24:8
**ordered** [1] - 5:3
**ordering** [1] - 17:21
**original** [1] - 21:11
**Originally** [1] - 22:21
**ourselves** [1] - 12:4
**overlooked** [2] - 23:22, 25:2

## P

**p.m** [4] - 1:7, 14:20, 14:23, 25:8
**pages** [1] - 27:3
**paper** [1] - 10:20
**papers** [2] - 4:13, 24:1
**parties** [3] - 14:14, 18:13, 25:7
**passport** [2] - 8:9, 23:8
**past** [1] - 15:21
**pending** [1] - 22:23

people [1] - 15:2
percent [1] - 4:4
period [1] - 16:24
personal [1] - 23:6
personally [1] - 5:11
Plaintiff [1] - 1:4
plan [6] - 13:22, 15:10, 17:15, 19:5, 22:1, 23:25
planning [1] - 11:5
play [1] - 11:2
plea [2] - 13:21, 14:8
plead [2] - 2:23, 2:24
podium [3] - 8:5, 14:25, 17:6
point [8] - 4:1, 7:24, 11:23, 14:6, 16:11, 19:16, 20:10, 24:4
policy [1] - 5:1
portion [1] - 1:8
position [3] - 5:13, 8:6, 18:18
positions [1] - 5:6
possibilities [1] - 16:11
possibility [3] - 15:21, 16:5, 16:7, 16:11, 16:20
possible [11] - 3:20, 3:24, 4:2, 4:9, 4:24, 5:1, 7:18, 9:3, 16:14, 16:16, 17:1
possibly [2] - 4:8, 13:19
postponed [1] - 13:2
preclude [1] - 15:24
prediction [1] - 7:23
preferential [1] - 11:3
prejudiced [1] - 22:4
preliminary [1] - 4:8
prepare [1] - 12:18
prepared [3] - 9:6, 9:10, 20:5
present [4] - 4:15, 5:9, 7:24, 8:1
presiding [1] - 15:7
pretext [1] - 12:21
Pretrial [1] - 23:13
pretrial [9] - 24:5, 24:8, 24:10, 24:16, 24:18, 24:20, 24:23, 24:25
primary [3] - 3:12, 7:8, 7:10
principal [2] - 13:25, 17:5
priority [1] - 7:17
problems [1] - 11:10
proceed [9] - 2:17, 2:25, 15:11, 15:12,

15:16, 15:17, 17:12, 17:19, 19:5
proceedings [6] - 5:5, 24:10, 24:16, 24:18, 24:24, 27:4
Proceedings [2] - 1:24, 25:8
proceeds [1] - 15:12
produced [1] - 1:24
promptly [3] - 4:3, 14:14, 24:24
properly [1] - 24:24
proposing [1] - 24:8
proverbial [1] - 9:20
provide [2] - 6:12, 6:13
provided [4] - 4:23, 5:4, 6:14, 6:19
providing [1] - 12:15
purposes [1] - 19:12
pushing [1] - 6:7, 18:2
put [2] - 6:9, 12:21
putting [1] - 19:16

**Q**

quick [1] - 5:19
quickly [2] - 9:18, 9:19
quite [2] - 6:3, 10:7, 15:10

**R**

range [1] - 4:6
rather [2] - 21:14, 24:11
re [1] - 9:7
re-election [1] - 9:7
react [1] - 24:18
reaction [4] - 16:1, 16:10, 16:25, 17:17
reading [1] - 2:20
ready [3] - 6:11, 7:3, 7:21
realistic [7] - 3:23, 7:12, 11:22, 11:24, 12:3, 17:7, 18:24
realized [1] - 21:17
really [2] - 11:3, 11:24
realm [1] - 17:3
reason [4] - 9:2, 17:3, 17:9, 17:13
reasonable [3] - 10:23, 20:2, 20:25
reasonably [2] - 15:19, 18:15
reasons [6] - 7:17, 12:2, 16:12, 17:12,

21:23, 22:9
reassemble [1] - 14:14
receive [2] - 22:5
received [2] - 2:19
recess [2] - 11:12, 14:4, 14:5, 14:13
Recess [1] - 14:20
recognizance [1] - 23:7
recognizing [5] - 7:15, 15:20, 18:22, 20:1, 20:19
recollection [1] - 15:14
record [4] - 2:5, 2:18, 14:23, 27:4
redacted [2] - 1:8, 14:2
referring [1] - 6:4
reflect [2] - 2:18
related [1] - 11:2
release [2] - 8:11, 23:6
remind [1] - 14:24
replies [1] - 22:20
reply [3] - 4:12, 10:20, 11:8
reported [1] - 1:24
reporter [1] - 12:10
Reporter [3] - 1:21, 1:21, 27:2
represent [1] - 6:7
represented [1] - 6:5
request [10] - 3:20, 3:24, 4:8, 4:23, 9:2, 10:3, 12:5, 21:15, 24:6, 24:10
requests [3] - 23:5, 23:17, 25:3
require [2] - 20:20, 21:24
requirement [1] - 23:12
requirements [2] - 24:5, 24:25
reschedule [1] - 15:11
reserved [1] - 16:21
resolution [1] - 17:18
resolved [1] - 16:6
respect [4] - 7:6, 8:5, 24:20, 24:22
respectfully [1] - 3:20
respond [4] - 6:23, 11:3, 22:6, 24:9
responding [1] - 22:6
response [2] - 21:21, 22:12
responses [2] - 21:20, 22:17
returned [1] - 3:15

review [1] - 12:17
reviewed [1] - 12:19
Rob [1] - 2:10
ROBERT [1] - 1:18
Room [1] - 1:22
ROR [1] - 8:8
RPR [1] - 1:21
rule [3] - 16:3, 23:25, 24:1
running [1] - 9:7

**S**

safe [1] - 6:8
scenario [4] - 7:19, 15:15, 16:8, 17:17
schedule [9] - 3:22, 4:10, 6:2, 10:15, 21:10, 21:11, 22:22, 23:3
scheduled [8] - 3:13, 15:4, 15:5, 15:8, 16:5, 17:14, 17:19, 23:23
scheduling [3] - 12:15, 14:1, 18:25
school [1] - 16:21
Sealed [1] - 14:2
SEALED [1] - 1:8
seat [1] - 3:6
seating [2] - 12:10, 15:1
second [2] - 23:22, 24:15
see [1] - 5:20
selection [1] - 19:1
Senate [1] - 3:17
Senator [5] - 2:13, 2:15, 3:9, 3:14, 13:15
senator [2] - 3:16, 16:12
September [15] - 7:22, 9:10, 11:24, 12:5, 12:19, 15:8, 15:19, 15:24, 15:25, 17:20, 19:1, 22:19, 22:22, 22:23, 22:25
served [1] - 3:17
Services [1] - 23:13
session [1] - 14:22
set [3] - 7:16, 7:17, 10:8
Seventy [1] - 13:10
short [1] - 14:5
shortened [2] - 4:11, 10:14
shorter [1] - 21:7
shorthand [1] - 1:24

significant [1] - 7:17
sit [2] - 3:5, 3:8
site [1] - 4:6
situation [1] - 13:16
someone [1] - 8:17
Someone [1] - 8:18
sometimes [1] - 5:2
somewhere [1] - 12:10
sooner [2] - 21:14, 24:11
sorry [2] - 10:24, 12:13
sound [1] - 18:17
speaking [3] - 12:12, 16:21, 21:17
special [1] - 3:16
speedy [5] - 13:1, 13:3, 13:8, 18:19
spend [1] - 10:6
spent [2] - 18:11, 19:6
spot [1] - 19:17
staff [5] - 7:5, 8:25, 10:7, 11:13, 23:21
stake [1] - 10:22
stand [3] - 3:7, 14:12, 18:7
standpoint [1] - 12:18
start [4] - 4:14, 18:22, 18:23, 19:1
start-up [1] - 4:14
state [1] - 7:10
statements [2] - 2:23, 6:24
STATES [3] - 1:1, 1:3, 1:11
States [2] - 1:14, 2:2
staying [1] - 8:8
STEVENS [1] - 1:6
Stevens [7] - 2:3, 2:13, 2:16, 3:14, 15:18, 15:22, 15:24
still [2] - 16:15, 19:5
Street [1] - 1:19
submission [1] - 24:19
submissions [1] - 24:17
subsequent [1] - 20:20
substantive [1] - 22:2
suggest [4] - 5:3, 10:16, 11:22, 24:23
suggested [3] - 5:12, 16:3, 16:25
suggesting [2] - 4:11, 10:18
suggestion [2] - 6:21, 18:14

**suggestions** [2] - 7:6, 24:23
**suggests** [2] - 11:7, 15:14
**Sullivan** [6] - 2:7, 2:10, 6:4, 8:15, 23:10, 23:17
**SULLIVAN** [51] - 1:10, 1:13, 1:17, 1:21, 2:9, 2:13, 2:21, 2:24, 3:2, 3:5, 3:8, 4:19, 5:11, 5:18, 5:22, 8:16, 8:20, 8:24, 9:5, 9:9, 9:14, 9:21, 9:23, 10:1, 10:10, 10:14, 10:18, 11:6, 11:9, 11:15, 12:25, 13:6, 13:12, 14:17, 18:4, 18:9, 18:14, 19:9, 19:13, 19:20, 20:3, 20:13, 21:5, 21:7, 21:11, 23:11, 23:16, 23:18, 25:5, 27:2, 27:5
**Suppose** [1] - 24:13
**suppress** [1] - 9:12
**surprises** [1] - 4:17
**surrender** [1] - 23:8
**surround** [1] - 4:7

## T

**T-3** [1] - 6:16
**technical** [1] - 20:10
**Ted** [2] - 2:13, 3:14
**ten** [3] - 5:20, 22:24, 23:4
**testimony** [1] - 9:13
**THE** [77] - 1:1, 1:10, 2:8, 2:11, 2:14, 2:25, 3:4, 3:6, 4:18, 5:7, 5:15, 5:21, 5:23, 5:25, 6:20, 7:5, 7:15, 7:23, 8:4, 8:10, 8:14, 8:18, 8:22, 8:25, 9:7, 9:11, 9:20, 9:22, 9:24, 10:2, 10:13, 10:16, 10:22, 10:25, 11:4, 11:7, 11:10, 11:16, 11:21, 12:9, 12:23, 13:3, 13:7, 13:20, 13:24, 14:3, 14:10, 14:12, 14:19, 14:24, 16:20, 17:24, 18:1, 18:3, 18:7, 18:11, 18:17, 19:11, 19:14, 19:21, 20:5, 20:12, 20:17, 20:24, 21:2, 21:6, 21:9,

21:13, 21:22, 22:4, 22:15, 23:10, 23:14, 23:17, 23:19, 23:21, 25:6
**themselves** [1] - 5:5
**THEODORE** [1] - 1:6
**Theodore** [1] - 2:3
**thereafter** [1] - 15:23
**therefore** [1] - 4:7
**they've** [3] - 15:5, 15:9, 17:15
**thinking** [2] - 5:15, 22:7
**Thirty** [1] - 5:15
**thirty** [4] - 5:16, 14:13, 18:12
**thoughts** [1] - 17:1
**three** [5] - 6:6, 6:8, 7:24, 13:2, 17:7
**throw** [1] - 24:16
**throwing** [1] - 17:1
**Thursday** [1] - 1:6
**timing** [1] - 11:19
**today** [5] - 3:16, 4:16, 4:25, 13:10, 19:24
**today's** [1] - 19:4
**tolling** [2] - 13:5, 18:20
**totally** [2] - 7:8, 17:3
**transcript** [2] - 1:24, 27:3
**TRANSCRIPT** [1] - 1:10
**transcription** [1] - 1:25
**transfer** [8] - 10:5, 19:5, 21:4, 23:2, 23:3, 23:23, 24:14, 25:1
**trial** [36] - 3:24, 6:2, 6:5, 7:3, 7:7, 12:5, 13:1, 13:3, 13:8, 13:9, 15:8, 15:11, 15:13, 15:14, 15:16, 15:17, 15:20, 15:21, 16:5, 16:17, 16:19, 16:22, 16:23, 17:8, 17:9, 17:14, 17:19, 17:20, 18:19, 18:24, 18:25, 19:6, 20:1, 24:7
**trials** [2] - 17:11
**tried** [4] - 3:23, 7:13, 11:23
**try** [3] - 7:21, 7:22, 19:12
**trying** [5] - 7:20, 12:21, 13:7, 13:8, 18:19
**Twelfth** [1] - 1:19

**two** [8] - 11:9, 13:2, 14:15, 15:23, 19:6, 20:13, 20:19, 22:8

## U

**U.S** [1] - 1:22
**unaware** [2] - 7:8, 7:10
**under** [1] - 20:2
**UNITED** [3] - 1:1, 1:3, 1:11
**United** [2] - 1:14, 2:2
**unless** [1] - 16:4
**unnecessary** [1] - 8:13
**unreasonable** [2] - 11:4, 20:20
**unrelated** [1] - 14:1
**unusually** [1] - 15:13
**up** [3] - 4:14, 4:16, 12:9

## V

**vacation** [1] - 19:11
**various** [1] - 18:12
**venue** [11] - 4:3, 4:10, 6:21, 6:23, 10:3, 10:5, 19:5, 22:12, 22:16, 23:3
**videotapes** [2] - 6:15, 6:16
**view** [2] - 7:24, 11:23
**viewpoint** [2] - 7:12, 18:4
**voir** [1] - 24:10
**vs** [1] - 2:3

## W

**wait** [1] - 24:15
**waive** [1] - 2:20
**wants** [1] - 9:2
**warrant** [1] - 20:16
**Washington** [4] - 1:6, 1:16, 1:19, 1:23
**ways** [1] - 18:12
**week** [15] - 5:13, 5:14, 5:17, 6:5, 6:6, 6:14, 6:19, 11:3, 15:15, 16:8, 16:9, 16:10, 20:8, 20:11, 22:18
**weeks** [6] - 6:6, 6:8, 7:24, 20:13, 22:8, 24:7
**Williams** [1] - 1:18

**willing** [2] - 4:13, 6:1
**wish** [2] - 2:23, 11:13
**WITNESSES** [1] - 26:3
**witnesses** [8] - 4:5, 5:15, 5:16, 5:19, 6:25, 7:1, 7:3, 7:25
**wonderful** [1] - 18:5

## Y

**years** [3] - 3:17, 4:21, 13:2
**York** [1] - 1:15
**yourselves** [1] - 2:4