**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,** .
.
**Plaintiff,** .
. **CR No. 08-231**
**v.** .
.
**THEODORE F. STEVENS,** . **Washington, D.C.**
. **Thursday, July 31, 2008**
**Defendant.** . **1:09 p.m.**
.
. . . . . . . . . . . . . . .

**TRANSCRIPT OF ARRAIGNMENT**
**BENCH CONFERENCE**
**BEFORE THE HONORABLE EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**

**APPEARANCES:**

**For the Government:** **BRENDA MORRIS, ESQ.**
**EDWARD SULLIVAN, ESQ.**
**NICHOLAS MARSH, ESQ.**
**United States Department of Justice**
**1400 New York Avenue, N.W.**
**12th Floor**
**Washington, D.C. 20005**
**202-514-1412**

**For the Defendant:** **BRENDAN V. SULLIVAN, ESQ.**
**ROBERT CARY, ESQ.**
**Williams & Connolly, LLP**
**725 Twelfth Street, N.W.**
**Washington, D.C. 20005**
**202-434-5000**

**Court Reporter:** **JACQUELINE M. SULLIVAN, RPR**
**Official Court Reporter**
**U.S. Courthouse, Room 6720**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
**202-354-3187**

**Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.**

THE COURT: You asked me how long was I going to take a recess. The marshal asked me. I said ten or fifteen minutes. Apparently they want to proceed with booking today. If you want to get your client out of here, I can take a longer recess which will enable the marshals to book him. He can rejoin you and then leave, I assume, pursuant to whatever. Do you want to do that.

MR. B. SULLIVAN: Yes, your Honor.

THE COURT: Because it gets a little tricky if we wait until afterwards. Then he's still in the courthouse. Why don't I take a thirty-minute recess?

MS. MORRIS: That's fine, Judge.

THE COURT: Is there anything else we need to talk about? I don't want to guess about this thing. If this is realistic --

MS. MORRIS: I just wanted to make clear something. You talked about negotiations or any kind of plea offers.

THE COURT: Maybe we should put that on the public record.

MS. MORRIS: There were, when it was appropriate to do so.

THE COURT: I just want to know on the record whether or not you offered anything and whether or not you plan to.

MR. B. SULLIVAN: I know counsel probably doesn't know this, because I don't think you were present, but actually they

did offer a no-jail disposition.

MS. MORRIS: What kind of no-jail disposition?

MR. B. SULLIVAN: One felony, no-jail disposition, and we turned it down.

MS. MORRIS: Okay. But it is a plea to the charge, and I can put that on the record.

MR. B. SULLIVAN: I don't think it's necessary. No, I just didn't want -- I didn't feel I should stay silent about that because it's my understanding. It's no big issue.

MS. MORRIS: I'd like to make clear on the record that there is no offer at this point.

THE COURT: Okay.

MS. MORRIS: No offer at this point.

MR. B. SULLIVAN: That's true.

MS. MORRIS: Okay. Is that all right?

MR. B. SULLIVAN: And if one is made, it will not be accepted.

MS. MORRIS: Okay. All right.

(End of bench conference.)

\- - -

I N D E X

WITNESSES:

None.

E X H I B I T S

None.

CERTIFICATE

I, JACQUELINE M. SULLIVAN, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

____________________
JACQUELINE M. SULLIVAN