```
 1                      UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLUMBIA
 2

 3    UNITED STATES OF AMERICA,       .
                                      .
 4              Plaintiff,            .
                                      .  CR No. 08-231
 5         v.                         .
                                      .
 6    THEODORE F. STEVENS,            .  Washington, D.C.
                                      .  Wednesday, September 18, 2008
 7              Defendant.            .  10:22 a.m.
                                      .
 8    . . . . . . . . . . . . . . .   .

 9

10              TRANSCRIPT OF HEARING - BENCH CONFERENCE
                BEFORE THE HONORABLE EMMET G. SULLIVAN
11                   UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14
      For the Government:             EDWARD SULLIVAN, ESQ.
15                                    United States Department of Justice
                                      1400 New York Avenue, N.W.
16                                    12th Floor
                                      Washington, D.C.  20005
17                                    202-514-1412

18
                                      JAMES A. GOEKE, ESQ.
19                                    United States Attorney's Office
                                      District of Alaska
20                                    222 W. Seventh Avenue
                                      Federal Building and U.S. Courthouse
21                                    Anchorage, Alaska  99513-7567
                                      907-271-5071
22

23

24    APPEARANCES con't. on next page.

25
```

```
 1    APPEARANCES, con't.

 2

 3

      For the Defendant:        ROBERT M. CARY, ESQ.
 4                              ALEX G. ROMAIN, ESQ.
                                BETH STEWART, ESQ.
 5                              CRAIG SINGER, ESQ.
                                Williams & Connolly, LLP
 6                              725 Twelfth Street, N.W.
                                Washington, D.C.  20005
 7                              202-434-5000

 8

 9

10
      Court Reporter:           JACQUELINE M. SULLIVAN, RPR
11                              Official Court Reporter
                                U.S. Courthouse, Room 6720
12                              333 Constitution Avenue, NW
                                Washington, D.C. 20001
13                              202-354-3187

14

15

16    Proceedings reported by machine shorthand, transcript produced
      by computer-aided transcription.
17

18

19

20

21

22

23

24

25
```

1    MR. CARY:  The only issue is this:  It's our
2    information that he had a stroke as well that we think is caused
3    by the motorcycle accident.  If it happened subsequent to in
4    connection with the brain injury, we'd all want the -- we don't
5    want to artificially exclude the stroke, which we think is
6    related to the motorcycle accident, but we're not entirely sure.
7    THE COURT:  Is it your information that it precedes
8    the automobile accident -- or the motorcycle accident?
9    MR. CARY:  By "precede," meaning he has a stroke and
10   that's what caused the accident?
11   THE COURT:  I think that you probably are going to
12   learn some information when you see what the initial impressions
13   of the ambulance personnel are and the emergency room personnel.
14   You are probably going to see what their impressions are, which
15   may lead to something else.  I'm not going to foreclose that
16   additional information.  Right now there's no limit to the
17   motorcycle accident.
18   MR. GOEKE:  Our information is the motorcycle accident
19   was caused by hitting a truck.
20   THE COURT:  And having no helmet on?
21   MR. GOEKE:  He hit something and fell out.
22   MR. CARY:  We'll see what we get.
23   THE COURT:  I'm not going to foreclose it.  If you
24   look at the records and some emergency room physician says the
25   causation is whatever, then it may be.

1           MR. CARY:  It may also be subsequent to in connection
2    with head trauma that he had the stroke.  That's my point.  I
3    just don't want to foreclose that.
4           THE COURT:  I don't know.  You'll get those related
5    too and we'll see where that leads everyone.
6           MR. CARY:  Thank you, your Honor.
7           (End of bench conference.)
8                              - - -

```
 1                         I N D E X
 2
 3    WITNESSES:
 4
 5    None.
 6
 7
 8
 9
10
11                        E X H I B I T S
12
13    None.
14
15
16
17
18
19
20
21
22
23
24
25
```

Jacqueline Sullivan, RPR
Official Court Reporter

```
1                         CERTIFICATE

2          I, JACQUELINE M. SULLIVAN, Official Court Reporter,

3    certify that the foregoing pages are a correct transcript from

4    the record of proceedings in the above-entitled matter.

5                              _____
                               JACQUELINE M. SULLIVAN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```